| Attorney or Party without Attorney: <br> JOSHUA D. ARISOHN, ESQ. <br> BURSOR & FISHER, P.A. <br> 888 SEVENTH AVENUE <br> 3RD FLOOR <br> NEW YORK, NY 10019 <br> Telephone No: (212) 989-9113   FAX No: (212) 989-9163 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Southern District Of New York | |
| Plaintiff: ANNE DE LACOUR, ET AL. | |
| Defendant: COLGATE-PALMOLIVE CO., ET AL. | |
| **AFFIDAVIT OF SERVICE** Hearing Date: Time: Dept/Div: | Case Number: <br> 16-cv-8364 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; INDIVIDUAL RULES & PRACTICES IN CIVIL CASES RONNIE ABRAMS, UNITED STATES DISTRICT JUDGE;CASE MANAGEMENT PLAN AND SCHEDULING ORDER;LOCAL RULES OF THE U.S. DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK;ELECTRONIC CASE FILING RULES & INSTRUCTIONS;ORDER AND NOTICE OF INITIAL CONFERENCE.

3. a. Party served: TOM'S OF MAINE, INC.
   b. Person served: CHRISTI KNIGHT, HUMAN RESOURCES

4. Address where the party was served: 2 STORER ST. #302 KENNEBUNK, ME 04043

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 02, 2016 (2) at: 3:41PM

7. Person Who Served Papers:   Fee for Service:
   a. SARAH ANGLE



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone (213) 250-9111
Fax (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE   (SARAH ANGLE)   285797 .bursf-ny.852492