# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE DE LACOUR, ANDREA WRIGHT, and LOREE MORAN individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>COLGATE-PALMOLIVE CO., and TOM'S OF MAINE INC.<br><br>      Defendants. | Civil Action No. 1:16-CV-08364 (RA)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, upon the Declaration of Neal J. Deckant, the Declaration of Colin Weir, the Declaration of J. Michael Dennis, the Declaration of Anne de Lacour, the Declaration of Loree Moran, the Declaration of Andrea Wright, the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiffs hereby move before the Honorable Ronnie Abrams for an Order, pursuant to Rule 23(b)(3) and Rule 23(b)(2) to: (i) "all persons in the United States who purchased Tom's of Maine deodorant and/or toothpaste products ("Tom's Products" or the "Products") on or after September 24, 2015" (the "Class"); (ii) certify a subclass of Class members who purchased in New York (the "New York Subclass"), (iii) certify a subclass of Class members who purchased in California (the "California Subclass"), (iv) certify a subclass of Class members who purchased in Florida (the "Florida Subclass"), (v) appoint Anne de Lacour, Loree Moran, and Andrea Wright as representatives of the Class; and (vi) appoint Plaintiffs' counsel, Bursor & Fisher, P.A., as Class Counsel. Plaintiffs hereby request oral argument on the instant motion.

|  |  |
|---|---|
| Dated:  June 15, 2018 | Respectfully submitted, |

**BURSOR & FISHER, P.A.**

By:  */s/ Neal J. Deckant*
       Neal J. Deckant

Scott A. Bursor
Joseph I. Marchese
Neal J. Deckant
Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
       jmarchese@bursor.com
       ndeckant@bursor.com
       fklorczyk@bursor.com

*Attorneys for Plaintiff*