**EXHIBIT 1**

**Tom's of Maine Products Included in Putative Class ("Tom's Products" or the "Products")**

| DESCRIPTION | UNIT SIZE | UPC CODE | UNNATURAL INGREDIENT(S) |
|---|---|---|---|
| **TOOTHPASTE** | | | |
| **Whole Care Pastes & Gels** | | | |
| Cinnamon Clove Whole Care Paste | 4.7 oz | 0-77326-83073-4 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Peppermint Whole Care Paste | 4.7 oz | 0-77326-83081-9 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Spearmint Whole Care Paste | 4.7 oz | 0-77326-83088-8 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Wintermint Whole Care Paste | 4.7 oz | 0-77326-83091-8 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Orange Mango Whole Care Gel | 4.7 oz | 0-77326-83076-5 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum |
| Peppermint Whole Care Gel | 4.7 oz | 0-77326-83080-2 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum |
| Spearmint Whole Care Gel | 4.7 oz | 0-77326-11906-8 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum |
| | | | |
| **Cavity Protection** | | | |
| Peppermint Baking Soda Cavity Protection | 5.5 oz | 0-77326-83077-2 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Spearmint Cavity Protection | 5.5 oz | 0-77326-83083-3 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| | | | |
| **Simply White** | | | |
| Clean Mint Simply White Paste | 4.7 oz | 0-77326-14806-8 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum |
| Sweet Mint Simply White Gel | 4.7 oz | 0-77326-14906-5 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum |
| | | | |
| **Wicked Cool!** | | | |
| Wicked Cool Mild Mint | 4.2 oz | 0-77326-83262-2 | Sodium Lauryl Sulfate, Glycerin |
| Wicked Cool! Fluoride Free Mild Mint | 4.2 oz | 0-77326-83261-5 | Sodium Lauryl Sulfate, Glycerin |
| | | | |
| **Children's** | | | |
| Outrageous Orange-Mango | 4.2 oz | 0-77326-83094-9 | Sodium Lauryl Sulfate, Glycerin |
| Silly Strawberry | 4.2 oz | 0-77326-83092-5 | Sodium Lauryl Sulfate, Glycerin |

| Fluoride-Free Silly Strawberry | 4.2 oz | 0-77326-83093-2 | Sodium Lauryl Sulfate, Glycerin |
|---|---|---|---|
| | | | |
| **Wicked Fresh!** | | | |
| Wicked Fresh Spearmint Ice | 4.7 oz | 0-77326-83084-0 | Sodium Lauryl Sulfate, Xylitol |
| Wicked Fresh Cool Peppermint | 4.7 oz | 0-77326-83071-0 | Sodium Lauryl Sulfate, Xylitol |
| | | | |
| **Enamel Strength** | | | |
| Enamel Strength Peppermint | 4.0 oz | 0-77326-83408-4 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum, Sodium Hydroxide |
| **Luminous White** | | | |
| Luminous White Clean Mint | 4.7 oz | 0-77326-83457-2 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan Gum |
| | | | |
| **Antiplaque & Whitening** | | | |
| Fluoride-Free Antiplaque & Whitening Peppermint | 5.5 oz | 0-77326-83079-6 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Fluoride-Free Antiplaque & Whitening Spearmint | 5.5 oz | 0-77326-83086-4 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Fluoride-Free Antiplaque & Whitening Fennel | 5.5 oz | 0-77326-83075-8 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Fluoride-Free Antiplaque & Whitening Spearmint Gel | 4.7 oz | 0-77326-83108-3 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan gum |
| | | | |
| **Fluoride-Free Propolis & Myrrh** | | | |
| Cinnamint w/ Propolis & Myrrh | 4.0 oz | 0-77326-83072-7 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Fennel w/ Propolis & Myrrh | 4.0 oz | 0-77326-83074-1 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Peppermint Baking Soda w/ Propolis 7 Myrrh | 4.0 oz | 0-77326-83078-9 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Spearmint w/ Propolis & Myrrh | 4.0 oz | 0-77326-83085-7 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| Gingermint Baking Soda w/ Propolis & Myrrh | 4.0 oz | 0-77326-83205-9 | Sodium Lauryl Sulfate, Xylitol, Glycerin |
| | | | |
| **Sensitive Formulas** | | | |
| Fluoride-Free Sensitive Wintermint | 4.0 oz | 0-77326-19704-2 | Potassium Nitrate, Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan gum |
| Maximum-Strength Sensitive Soothing Mint | 4.0 oz | 0-77326-16604-8 | Potassium Nitrate, Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan gum |
| Rapid Relief Sensitive Fresh Mint | 4 oz | 0-77326-83562-3 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan gum |
| | | | |

| **Travel Size** | | | |
|---|---|---|---|
| Fresh Mint Natural Toothpaste | 3.0 oz | 0-77326-83259-2 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan gum |
| Fresh Mint Natural Fluoride-Free Toothpaste | 3.0 oz | 0-77326-83260-8 | Sodium Lauryl Sulfate, Xylitol, Sorbitol, Glycerin, Xanthan gum |
| **DEODORANT** | | | |
| **Women's Long Lasting Deodorant** | | | |
| Unscented | 2.25 oz | 0-77326-61425-9 | Propylene Glycol, Ascorbic Acid |
| Fresh Apricot | 2.25 oz | 0-77326-61125-8 | Propylene Glycol, Ascorbic Acid |
| Wild Lavender | 2.25 oz | 0-77326-61225-5 | Propylene Glycol, Ascorbic Acid |
| Refreshing Lemongrass | 2.25 oz | 0-77326-61325-2 | Propylene Glycol, Ascorbic Acid |
| Soothing Calendula | 2.25 oz | 0-77326-65525-2 | Propylene Glycol, Ascorbic Acid |
| Beautiful Earth | 2.25 oz | 0-77326-66525-1 | Propylene Glycol, Ascorbic Acid |
| Maine Woodspice | 2.25 oz | 0-77326-64225-2 | Propylene Glycol, Ascorbic Acid |
| Honeysuckle Rose | 2.25 oz | 0-77326-60725-1 | Propylene Glycol, Ascorbic Acid |
| Natural Powder | 2.25 oz | 0-77326-83415-2 | Propylene Glycol, Ascorbic Acid |
| Tea Tree | 2.25 oz | 0-77326-44531-0 | Propylene Glycol, Ascorbic Acid |
| | | | |
| **Women's Original Care** | | | |
| Original Care Unscented | 2.25 oz | 0-77326-61925-4 | Propylene Glycol, Ascorbic Acid |
| | | | |
| **Wicked Cool! Kids Deodorant** | | | |
| Girls Summer Fun | 2.25 oz | 0-77326-83439-8 | Propylene Glycol, Ascorbic Acid |
| Boys Freestyle | 2.25 oz | 0-77326-83560-9 | Propylene Glycol, Ascorbic Acid |
| | | | |
| **Men's Long Lasting Wide Stick** | | | |
| Mountain Spring | 2.25 oz | 0-77326-83528-9 | Propylene Glycol, Ascorbic Acid, Glycerin |
| Clean Confidence | 2.25 oz | 0-77326-83527-2 | Propylene Glycol, Ascorbic Acid, Glycerin |
| Deep Forest | 2.25 oz | 0-77326-83332-2 | Propylene Glycol, Ascorbic Acid, Glycerin |
| North Woods | 2.25 oz | 0-77326-44532-7 | Propylene Glycol, Ascorbic Acid, Glycerin |