UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT, and
LOREE MORAN, individually and on behalf of
all others similarly situated,

                        Plaintiffs,

v.

COLGATE-PALMOLIVE CO., and TOM'S OF
MAINE, INC.,

                        Defendants.
------------------------------------------------------------X

16-CV-8364 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       Pursuant to Rule 3(A) of the Court's Individual Rules and Practices, Plaintiffs request a pre-motion conference in advance of filing a renewed motion for class certification. The Court declines to hold a pre-motion conference.

       The motion for class certification shall be filed by February 21, 2020. The responses to that motion shall be filed by March 20, 2020. Any reply shall be filed by April 9, 2020.

SO ORDERED.

Dated: New York, New York
       January 29, 2020

                                                    KIMBA M. WOOD
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/20