IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE DE LACOUR, ANDREA WRIGHT, and LOREE MORAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE CO., and TOM'S OF MAINE INC.<br><br>Defendants. | Civil Action No. 1:16-CV-08364 (KW)<br><br>**PLAINTIFFS' NOTICE OF RENEWED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the Declaration of Sarah N. Westcot, the Declaration of Colin Weir, the Declaration of J. Michael Dennis, the Declaration of Anne de Lacour, the Declaration of Loree Moran, the Declaration of Andrea Wright, the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiffs hereby move before the Honorable Kimba M. Wood for an Order, pursuant to Rule 23(b)(3) to : (i) certify a class defined as "all persons who purchased Tom's of Maine deodorant and/or toothpaste products ("Tom's Products" or the "Products") on or after September 24, 2015 in the state of New York (the "New York Class"); (ii) certify a class defined as "all persons who purchased Tom's Products on or after September 24, 2015 in the state of California (the "California Class"); and (iii) certify a class defined as "all persons who purchased Tom's Products on or after September 24, 2015 in the state of Florida (the "Florida Class"); (iv) appoint Anne de Lacour, Loree Moran, and Andrea Wright as representatives of the Classes; and (v) appoint Plaintiffs' counsel, Bursor & Fisher, P.A., as Class Counsel. Plaintiffs hereby request oral argument on the instant motion.

Dated: February 21, 2020                    Respectfully submitted,

                                            By:     /s/ Joshua D. Arisohn
                                                   Joshua D. Arisohn

                                            **BURSOR & FISHER, P.A.**
                                            Scott A. Bursor
                                            Joshua D. Arisohn
                                            Philip L. Fraietta
                                            888 Seventh Avenue
                                            New York, NY 10019
                                            Telephone: (646) 837-7150
                                            Facsimile: (212) 989-9163
                                            Email: scott@bursor.com
                                                   jarisohn@bursor.com
                                                   pfraietta@bursor.com

                                            **BURSOR & FISHER, P.A.**
                                            Neal J. Deckant
                                            1990 N. California Blvd, Suite 940
                                            Walnut Creek, CA 94596
                                            Telephone: (925) 300-4455
                                            Facsimile: (925) 407-2700
                                            Email: ndeckant@bursor.com

                                            **BURSOR & FISHER, P.A.**
                                            Sarah N. Westcot (admitted *pro hac vice*)
                                            2665 S. Bayshore Drive, Suite 220
                                            Miami, FL 33133
                                            Telephone: (305) 330-5512
                                            Facsimile: (212) 989-9163
                                            Email: swestcot@bursor.com

                                            *Attorneys for Plaintiffs*