**ATTACHMENT B**

**LOCAL MARKET PRICE SCAN IN SAN FRANCISCO BAY AREA**

**ALL PRICE POINTS COLLECTED ON MAY 27, 2018**

| PRODUCT NAME | STORE NAME | CITY | PRICE |
|---|---|---|---|
| TOM'S OF MAINE ANTIPLAQUE & WHITENING | Safeway | Menlo Park | $ 5.99 |
| TOM'S OF MAINE WHOLE CARE | Safeway | Menlo Park | $ 5.99 |
| ARM & HAMMER ADVANCE WHITE | Safeway | Menlo Park | $ 3.99 |
| TOM'S OF MAINE ANTIPLAQUE & WHITENING | Target | Redwood City | $ 3.89 |
| TOM'S OF MAINE WHOLE CARE | Target | Redwood City | $ 3.89 |
| ARM & HAMMER ADVANCE WHITE | Target | Redwood City | $ 3.69 |
| TOM'S OF MAINE ANTIPLAQUE & WHITENING | Safeway | Emeryville | $ 5.99 |
| ARM & HAMMER ADVANCE WHITE | Safeway | Emeryville | $ 3.99 |
| ARM & HAMMER ADVANCE WHITE | CVS | Emeryville | $ 4.99 |
| TOM'S OF MAINE ANTIPLAQUE & WHITENING | Target | Emeryville | $ 3.89 |
| TOM'S OF MAINE WHOLE CARE | Target | Emeryville | $ 3.89 |
| ARM & HAMMER ADVANCE WHITE | Target | Emeryville | $ 3.69 |