# ATTACHMENTS C – K REDACTED