## ATTACHMENT L
## LIST OF CONSIDERED MATERIALS

First Amended Class Action Complaint, Dkt. 8, filed 12/9/2016

Declaration of Mr. Colin Weir, June 15, 2018

COLGATETOMS00002114

COLGATETOMS00002115

COLGATETOMS00002116

COLGATETOMS00002117

COLGATETOMS00002118

COLGATETOMS00002119

COLGATETOMS00005158_CONFIDENTIAL.pptx

COLGATETOMS00005284_CONFIDENTIAL.pptx

COLGATETOMS00014108_CONFIDENTIAL.pptx

 COLGATETOMS00020980_CONFIDENTIAL.pptx

COLGATETOMS00021173_CONFIDENTIAL.pptx

COLGATETOMS00023391_CONFIDENTIAL.pptx

Baker, R. P., Crawford, S., & Swinehart, J. (2004). Development and testing of web questionnaires. Methods for testing and evaluating survey questionnaires, 361-384.

Bradburn, N. M., Sudman, S., & Wansink, B. 2004. Asking Questions: A Practical Guide to Questionnaire Design. San Francisco: Jossey-Bass.

Cameron, Lisa and Michael Cragg and Daniel McFadden, "The Role of Conjoint Surveys in Reasonable Royalty Cases," Law360, October 16, 2017.

Cunningham, Charles E., Ken Deal, and Yvonne Chen, December 2010, "Adaptive Choice-Based Conjoint Analysis: A New Patient-Centered Approach to the Assessment of Health

Diamond, Shari S. 2011. "Reference Guide on Survey Research."  In Reference Manual on Scientific Evidence, pp. 359-423, 3rd edition. Federal Judicial Center/National Academy of Sciences.

Green, Paul E. and V. Srinivasan, 1990. "Conjoint Analysis in Marketing Research: New Developments and Directions." Journal of Marketing. Vol. 54, Issue 4, pages 3-19.

Grover, R & Vriens, M. 2006. The Handbook of Marketing Research: Uses, Misuses, and Future Advances. Sage Publication.

Groves, Robert M., Floyd J. Fowler, Jr., Mick P. Couper, James M. Lepkowski, Eleanor Singer, and Roger Tourangeau. 2011. Survey Methodology (Second Edition). John Wiley & Sons.

Huber, Joel et al.,1999. Dealing with Product Similarity in Conjoint Simulations. https://www.sawtoothsoftware.com/download/techpap/prodsim.pdf

Johnson, F. Reed and Mo Zhou. 2016. "Patient Preferences in Regulatory Benefit-Risk Assessments: A US Perspective." Value in Health, Volume 19, Issue 6, September–October 2016, Pages 741-74

Marsden, Peter V. and James D. Wright. 2010. Handbook of Survey Research (Second Edition). Emerald Group Publishing.

Orme, Bryan. 2010. "Sample Size Issues in Conjoint Analysis." https://www.sawtoothsoftware.com/download/techpap/samplesz.pdf.

Orme, Bryan.  2010. "Market Simulators f    or Conjoint Analysis."  Chapter 10 in Bryan Orme's book Getting Started with Conjoint Analysis.

Orme, Bryan K. 2014. Getting Started with Conjoint Analysis:  Strategies for Product Design and Pricing Research. Third Edition. Sawtooth Software Inc

Orme, Bryan K. and Kejth Chrzan. 2017. Becoming an Expert in Conjoint Analysis. Sawtooth Software Inc.

Park, Chan Su and V. Srinivasan. 1994. "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendibility," Journal of Marketing Research, 31 (May), 271–88.

Pinnell, Jon and Pam Olson.  1996.  Using Choice Based Conjoint to Assess Brand Strength and Price Sensitivity.  Sawtooth Software Research Paper Series.

http://www.sawtoothsoftware.com/support/technical-papers.

Sawtooth Software Technical Paper Series, 2009, "The CBC/HB System for Hierarchical Bayes Estimation."

Sawtooth Software Technical Paper Series, 2017, "The CBC System for Choice-Based Conjoint Analysis."

Tourangeau, R., Rips, L. J., & Rasinski, K. 2000. The Psychology of Survey Response. Cambridge University Press.

Willis, Gordon B. and Anthony R. Artino, Jr. What Do Our Respondents Think We're Asking? Using Cognitive Interviewing to Improve Medical Education Surveys. J Grad Med Educ. 2013 Sep; 5(3): 353–356.