UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT, and
LOREE MORAN, individually and on behalf of
all others similarly situated,

                        Plaintiffs,

        v.

COLGATE-PALMOLIVE CO., and TOM'S OF
MAINE, INC.,

                       Defendants.
--------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____           │
│ DATE FILED: March 22, 2021           │
└─────────────────────────────────────┘
```

16-CV-8364 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

       The Court has reviewed Plaintiffs' renewed motion for class certification (ECF No. 101) and the parties' briefing.  The Court believes that additional factual information may be helpful in resolving the motion.  The parties are directed to electronically file the following by **Monday, April 5, 2021, at 5 p.m.**:

1. Plaintiffs Moran, de Lacour, and Wright shall each submit affidavits stating the approximate **<u>day, month, and year</u>** that each last purchased Defendants' deodorant product(s), as identified on Exhibit 1 to the Declaration of Sarah N. Westcot (ECF No. 103), and stating the specific deodorant product(s) purchased;

2. Defendants shall submit affidavit(s) and any appropriate supporting documentation stating the approximate **<u>day, month, and year</u>** that the deodorant product(s) with re-designed packaging, pursuant to the settlement agreement in *Gay v. Tom's of Maine, Inc.* (Lally Decl. at Ex. S ¶ IX.B, ECF No. 118), were first made available to ordinary consumers, such as Plaintiffs;

1

3.  The complete deposition transcripts of Plaintiffs Moran (July 17, 2018), de Lacour (July 18, 2018), and Wright (July 19, 2018), along with all exhibits that were introduced during Plaintiffs' depositions.

SO ORDERED.

Dated: New York, New York
      March 22, 2021

                                        /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                              United States District Judge