**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANNE DE LACOUR, ANDREA WRIGHT, and LOREE MORAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE CO., and TOM'S OF MAINE INC.,<br><br>Defendants. | 16 Civ. 8364 (RA)(AJP) |

**DECLARATION OF DAVID K. CALLAHAN**

I, David K. Callahan, hereby declare and state as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois, and counsel for Defendants Colgate-Palmolive Co. and Tom's of Maine, Inc. (collectively, "Defendants"). I am admitted to the Bar of the State of Illinois and am admitted *pro hac vice* in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and is based upon my first-hand knowledge. If called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the July 17, 2018 Deposition of Loree Moran.

3. Attached hereto as Exhibit B is a true and correct copy of the exhibits introduced during the July 17, 2018 Deposition of Loree Moran.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the July

18, 2018 Deposition of Anne de Lacour.

5. Attached hereto as Exhibit D is a true and correct copy of the exhibits introduced during the July 18, 2018 Deposition of Anne de Lacour.

6. Attached hereto as Exhibit E is a true and correct copy of the transcript of the July 19, 2018 Deposition of Andrea Wright.

7. Attached hereto as Exhibit F is a true and correct copy of the exhibits introduced during the July 19, 2018 Deposition of Andrea Wright.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746. Executed on the 5th day of April, 2021.

/s/David K. Callahan
David K. Callahan

*Counsel for Defendants Colgate-Palmolive Co. and Tom's of Maine, Inc.*