David Callahan
330 North Wabash Avenue, Suite 2800
(312) 876-7700

200 Clarendon Street
Boston, Massachusetts 02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

April 5, 2021

<u>VIA ECF</u>

Hon. Kimba M. Wood
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Anne de Lacour et al. v. Colgate-Palmolive Co., et al.,* <u>Case No. 16-cv-08364 (KMW)</u>

Dear Judge Wood,

**MEMO ENDORSED**

**Granted. KMW**

I write on behalf of Defendants Colgate-Palmolive Co. and Tom's of Maine, Inc. (collectively, "Defendants") in the above-referenced action. Defendants respectfully request to file under seal certain portions of the declaration of JoAnne Murphy.

Defendants believe that the request to seal is justified, as the Declaration contains proprietary business information regarding Defendants' marketing plans, development information, and distribution. Courts within the Second Circuit routinely allow for the sealing of such information. <u>See</u>, e.g., <u>Grayson v. Gen Elec. Co.</u>, 2017 WL 923907, at *1 (D. Conn. 2017) (nothing that"[d]ocuments falling into categories commonly sealed are those containing trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like[]").

In accordance with Rule 5(B) of the Court's individual Rules, Defendants will (a) publicly file the Declaration of JoAnne Murphy with the proposed redactions and (b) file under seal a copy of the unredacted Declaration with the proposed redactions highlighted via the ECF System.

Thank you for your consideration.

**SO ORDERED.**

Dated: New York, New York
4/9/21

/s/ Kimba M. Wood
**Kimba M. Wood**
**United States District Judge**

VIA ECF
April 5, 2021
Page 2

LATHAM & WATKINS LLP

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ David K. Callahan
David Callahan (Pro Hac Vice)
david.callahan@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Blake Denton
blake.denton@lw.com
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimilie: (212) 751-4864

*Counsel for Defendants
Colgate-Palmolive Co. and Tom's of Maine, Inc.*

cc: All Counsel of Record via ECF