UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT, and
LOREE MORAN, individually and on behalf of
all others similarly situated,

                            Plaintiffs,
            v.

COLGATE-PALMOLIVE CO., and TOM'S OF
MAINE, INC.,

                            Defendants.
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 6, 2021

16-CV-8364 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On May 28, 2021, Plaintiffs filed a case scheduling proposal and a proposed notice plan. (ECF Nos. 149-50.) Defendants, however, requested that scheduling of any further actions in this case be "postponed" until the Second Circuit has ruled on its Petition for Permission to Appeal the Court's April 23, 2021 Opinion and Order on class certification under Rule 23(f) of the Federal Rules of Civil Procedure. (ECF No. 149 at 1-2.)

The Court DENIES Defendants' request and ORDERS Defendants to (1) file a motion to stay, accompanied by a memorandum of law, if the Second Circuit grants the Petition and if Defendants wish to seek a stay; and (2) file a letter outlining Defendants' position on case scheduling (using the Court's model discovery plan and model scheduling order) and on Plaintiffs' proposed notice plan, by **June 25, 2021**.

SO ORDERED.

Dated: New York, New York
      June 6, 2021

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge

1