UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ANNE DE LACOUR, ANDREA WRIGHT,
and LOREE MORAN individually and on
behalf of all others similarly situated,

                              Plaintiffs,

          -against-

COLGATE-PALMOLIVE CO., and TOM'S
OF MAINE INC.,

                              Defendants.

--------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: August 10, 2021 |

16-CV-8364 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

On May 28, 2021, Plaintiffs submitted a proposed notice plan in connection with the classes certified by this Court on April 23, 2021.   (*See* ECF No. 146; ECF No. 150 (the "Notice Plan").)   The Court finds that the Notice Plan provides the best notice that is practicable under the circumstances and approves the Notice Plan, in form and content.   *See* Fed. R. Civ. 23(c)(2)(B).   Accordingly, it is hereby ORDERED that notice be provided in accordance with the Notice Plan.


          SO ORDERED.

Dated: New York, New York
          August 10, 2021                    _____*/s/ Kimba M. Wood*_____
                                                            KIMBA M. WOOD
                                                   United States District Judge