```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT,
and LOREE MORAN individually and on
behalf of all others similarly situated,

                        Plaintiffs,

        -against-

COLGATE-PALMOLIVE CO., and
TOM'S OF MAINE INC.,

                        Defendants.
--------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:     11/17/2021     |

16-CV-8364 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Counsel for the parties shall appear before the Court for a status conference on February 2, 2022 at 1 p.m. in Courtroom 26A, United States Courthouse, 500 Pearl Street, New York, New York. Before that status conference, by January 26, 2022, the parties shall submit to the Court a detailed report concerning activity in the case since discovery began.

The Court notes that purported class members appear to have been notified that January 13, 2022 is the deadline for seeking exclusion from the class. The Court will adopt that deadline, notwithstanding that it provides for exclusion to be sought later than the timeframe established by the Court's most recent Order. (ECF No. 171; *see* ECF Nos. 150, 159, 161.)

SO ORDERED.

Dated: New York, New York
       November 17, 2021

                                                    */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                                    United States District Judge