UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ANNE DE LACOUR, ANDREA WRIGHT, and LOREE MORAN individually and on behalf of all others similarly situated,

                           Plaintiffs,

    -against-

COLGATE-PALMOLIVE CO., and
TOM'S OF MAINE INC.,

                           Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____1/20/2022_____

16-CV-8364 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Due to a conflict with the Court's calendar, the status conference originally scheduled for February 2, 2022 is adjourned to February 10, 2022 at 1 p.m. The conference will be held remotely. Members of the press and public who wish to join the proceeding may dial 332-249-0608 and enter Conference ID 606 791 015, with their telephones on mute. Consistent with the standing orders of this Court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

      The date by which the parties must submit to the Court a detailed report concerning activity in the case since discovery began is postponed to February 3, 2022.

      SO ORDERED.

Dated: New York, New York
       January 20, 2022

                                                       /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                         United States District Judge