UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ANNE DE LACOUR, ANDREA WRIGHT,
and LOREE MORAN individually and on
behalf of all others similarly situated,

                    Plaintiffs,

      -against-

COLGATE-PALMOLIVE CO., and
TOM'S OF MAINE INC.,

                    Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/14/2022

16-CV-8364 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court held a conference on February 10 to allow counsel to explain the status of discovery.  As a result of disclosures made during this conference, the schedule of events in this case is changed as outlined below.

      The Court's prior Scheduling Order had required that counsel "devote sufficient resources to this case to comply with the [Order's] deadlines" and stated that those "deadlines are final, and will not be extended, absent extraordinary good cause."  (ECF No. 158.)  Despite the Court's directives, defense counsel has been dilatory in making necessary productions and has failed thus far to complete their review of potentially privileged documents.  This tardiness, combined with the volume of the forthcoming production—containing 40,000 documents that collectively span 157,000 pages and require 80 gigabytes of data to store electronically—make it infeasible for plaintiffs' counsel to complete their review and carry out ensuing depositions by the March 11, 2022 deadline for fact discovery.  It is therefore necessary to extend the timeline for discovery.  The schedule of events in this case is revised as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff | June 10, 2022 |
| Exchange of Affirmative Merits-Based Expert Reports | July 22, 2022 |
| Exchange of Rebuttal Merits-Based Expert Reports | August 23, 2022 |
| Completion of Merits-Based Expert Discovery, Including Depositions | September 20, 2022 |
| Motions for Summary Judgment; *Daubert* Motions | October 24, 2022 |
| Oppositions to Motions for Summary Judgment; *Daubert* Motions | December 1, 2022 |
| Replies in Support of Motions for Summary Judgment; *Daubert* Motions | December 16, 2022 |

Counsel for the parties are directed to submit jointly written reports each week, describing what has been accomplished in this case during the prior seven days. The first of these reports must be filed by Friday, February 18, 2022. Additional reports are required every Friday thereafter, until the end of the fact discovery period on June 10, 2022 or further notice from the Court. As stated during the February 10 conference, counsel are expected to bring promptly to the Court's attention any disputes that the parties have regarding discovery.

Counsel shall devote sufficient resources to this case to comply with the above deadlines. Counsel shall ensure that their expert witnesses have the time needed to comply with these deadlines. Further failures to comply with these directives will be viewed with strong disfavor. These deadlines are final, and will not be extended, absent extraordinary good cause.

SO ORDERED.

Dated: New York, New York
February 14, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge