```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT,
and LOREE MORAN individually and on
behalf of all others similarly situated,

                  Plaintiffs,                              16-CV-8364 (KMW)

      -against-                                     **ORDER**

COLGATE-PALMOLIVE CO., and
TOM'S OF MAINE INC.,

                  Defendants.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       Fact discovery in this case concluded on June 10, 2022. The Court made one exception to this deadline: the deposition of Elizabeth Eddy was permitted to occur on June 14, 2022.

       In their most recent submission to the Court, the parties purport to have extended the deadline for another aspect of fact discovery, without making an application to the Court. (Status Update at 1–2, ECF No. 203.)

       The Court writes to remind the parties that the Court's deadlines may be extended only by application to the Court. The Court's prior Order stated that its deadlines for discovery "are final, and will not be extended, absent extraordinary good cause." (Op. at 2, ECF No. 179.) Moreover, counsel were ordered to devote sufficient resources to this case to comply with the Court's deadlines. Counsel were informed that "[f]urther failures to comply with these directives will be viewed with strong disfavor." (*Id.*)

       SO ORDERED.

Dated: New York, New York
       June 23, 2022                                 */s/ Kimba M. Wood*
                                                         KIMBA M. WOOD
                                                United States District Judge