# EXHIBIT 2

CONFIDENTIAL

Page 1

1            Confidential

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Civil Case No. 1:16-CV-08364

5    --------------------------------------------

6    ANNE DE LACOUR, ANDREA WRIGHT, and LOREE

7    MORAN, individually and on behalf of all

8    others similarly situated,

9            Plaintiffs,

10   vs.

11   COLGATE-PALMOLIVE CO. and TOM'S

12   OF MAINE, INC.,

13           Defendants.

14   ---------------------------------

15

16        CONFIDENTIAL REMOTE DEPOSITION

17                  OF

18             MICHAEL DENNIS

19            September 19, 2022

20

21

22   Reported by:  Robin LaFemina, RPR, CLR

23   Job No.:  5421319

24

25

CONFIDENTIAL

Page 54

```
 1                    Dennis - Confidential
 2          A.      I did.                          10:15:41
 3          Q.      Can you tell me what, if any,   10:15:51
 4      were the contributions of Mr. Weir to the  10:15:54
 5      design of your toothpaste survey?          10:16:00
 6          A.      I'm sure I would have been asked 10:16:10
 7      this for -- when I was deposed regarding the 10:16:11
 8      toothpaste conjoint survey, so I expect     10:16:16
 9      there's a record there we could look at.  As 10:16:18
10      I recall today, Mr. Weir would have given me 10:16:26
11      advice on the real world market prices, in  10:16:29
12      other words, the prices that the consumers  10:16:36
13      paid for the at issue toothpaste products.  10:16:38
14      So that's one way that Mr. Weir contributed, 10:16:45
15      is to help me think through what price      10:16:47
16      points to feature in my conjoint survey and 10:16:50
17      how those price points incorporate any      10:16:54
18      supply side factors.  I think that's the    10:16:59
19      primary way Mr. Weir would have helped me.  10:17:02
20      I would have also asked for his advice on my 10:17:05
21      attribute selection for the conjoint survey 10:17:08
22      because ultimately he is the end user of the 10:17:13
23      price premium statistics and he's a court   10:17:18
24      qualified designer of conjoint surveys, so I 10:17:21
25      respect his opinion and ask for his advice  10:17:25
```

CONFIDENTIAL

Page 55

```
 1                    Dennis - Confidential
 2         on overall design issues like that.          10:17:30
 3              Q.       Anything else Mr. Weir          10:17:43
 4         contributed to your survey design for the    10:17:45
 5         toothpaste products?                         10:17:47
 6              A.       I cannot think of anything else, 10:17:48
 7         counsel.                                      10:17:51
 8              Q.       All right. I'm going to ask you  10:17:58
 9         the same question, if I could, for the       10:18:00
10         deodorant survey.  Can you tell me what Mr.   10:18:02
11         Weir's contributions were to the design of   10:18:09
12         your deodorant survey?                        10:18:11
13              A.       It is the same role.  It is the 10:18:12
14         same role.  So, if we could insert here what 10:18:13
15         I just said about the toothpaste survey in   10:18:18
16         Mr. Weir's role, let's substitute the word   10:18:23
17         deodorant for toothpaste, I think we have an 10:18:26
18         accurate record of Mr. Weir's contribution.  10:18:28
19              Q.       All right.                       10:18:34
20                       So in terms of the deodorant    10:18:35
21         survey, Mr. Weir provided some input on       10:18:37
22         price points to use in the survey and on     10:18:44
23         attribute selection for the survey; is that  10:18:46
24         right?                                         10:18:51
25              A.       That's correct.  But I guess I  10:18:59
```

CONFIDENTIAL

Page 56

```
1                    Dennis - Confidential
2        should just probably put on the record again    10:19:00
3        so it's clear, the primary role for Mr. Weir    10:19:02
4        is to provide me his advice with respect to     10:19:04
5        the real world market prices that consumers     10:19:10
6        paid for these products, and that informs       10:19:15
7        the price points that I decide to feature in    10:19:19
8        the conjoint survey.  So that's his first       10:19:22
9        and primary contribution, and then, again,      10:19:26
10       because I value his opinion as a court          10:19:31
11       qualified expert with price premium surveys,    10:19:34
12       I look to him to -- for any reactions and       10:19:40
13       advice he has on my attribute selection.        10:19:45
14            Q.    Okay.  So let me make sure I've       10:19:58
15       got that down right.                            10:20:00
16            Mr. Weir's contribution to both            10:20:01
17       your surveys, deodorant and toothpaste          10:20:03
18       surveys, were advice on the real world          10:20:06
19       market prices and the price points to use in    10:20:08
20       your survey, that was the primary               10:20:16
21       contribution, and a second contribution was     10:20:18
22       some advice on the attribute selections in      10:20:20
23       your surveys; is that accurate?                 10:20:22
24            A.    I tried to be -- your                10:20:30
25       restatement was not as nuanced as what I put    10:20:31
```

Page 57

```
 1                    Dennis - Confidential
 2       out twice now.  So I think what I said      10:20:36
 3       before is what I want on the record and is  10:20:38
 4       accurate and complete.                      10:20:41
 5            Q.    All right, but I'm just talking   10:20:45
 6       about these buckets.  You talked about      10:20:47
 7       real -- number one, real world market prices 10:20:48
 8       and price points to use in the survey, and, 10:20:52
 9       number two, bucket number two, attribute    10:20:56
10       selection.  Are there any other buckets or  10:20:58
11       topics that Mr. Weir contributed to your    10:21:00
12       survey -- survey designs?                   10:21:03
13                 MS. WESTCOT:  Objection.          10:21:08
14            Misstates the witness's prior          10:21:08
15            testimony.  Asked and answered.  Vague. 10:21:09
16            A.    If your question is only about   10:21:17
17       buckets and enumerating the buckets and the 10:21:19
18       question is not asking me to separate with  10:21:24
19       nuance in details, if that's what this      10:21:27
20       question is, then my answer is those are the 10:21:30
21       two primary buckets.                        10:21:32
22            Q.    Other than the price -- the      10:21:41
23       contributions to pricing and attribute      10:21:42
24       selection that you've just described,        10:21:47
25       including all the nuances that you laid out, 10:21:49
```

CONFIDENTIAL

Page 58

Dennis - Confidential

| | | |
|---|---|---|
| 1 | | |
| 2 | other than those two topics, did Mr. Weir | 10:21:53 |
| 3 | have any other contributions to either of | 10:21:55 |
| 4 | your survey designs? | 10:21:59 |
| 5 | A.    To the survey designs, no, those | 10:22:04 |
| 6 | are the two buckets, and I provided a | 10:22:06 |
| 7 | complete description of his role in the | 10:22:12 |
| 8 | conjoint design. | 10:22:15 |
| 9 | Q.    Apart from survey design, which | 10:22:24 |
| 10 | you've just pointed out, did Mr. Weir have | 10:22:26 |
| 11 | any other contributions to any of your | 10:22:29 |
| 12 | analysis? | 10:22:30 |
| 13 | A.    Well, I did, in terms of the | 10:22:41 |
| 14 | analysis of the conjoint survey data, I | 10:22:42 |
| 15 | would have shared my plans for how to | 10:22:45 |
| 16 | analyze the conjoint survey data with | 10:22:48 |
| 17 | Mr. Weir to make sure we're on the same page | 10:22:52 |
| 18 | because ultimately he's using my price | 10:22:55 |
| 19 | premium statistics for the calculation of | 10:22:59 |
| 20 | damages, so I would have consulted with him | 10:23:02 |
| 21 | to make sure Mr. Weir agrees with my -- my | 10:23:05 |
| 22 | analysis plans. | 10:23:10 |
| 23 | Q.    Did he? | 10:23:15 |
| 24 | A.    Was there a question, counsel? | 10:23:20 |
| 25 | Q.    Yeah.  My question was did he? | 10:23:22 |

CONFIDENTIAL

Page 59

```
 1              Dennis - Confidential
 2      Did he agree with your analysis plans?      10:23:25
 3          A.    Yes.  Yes, he did.  We're on the   10:23:27
 4      same page.                                   10:23:32
 5          Q.    Great.                             10:23:32
 6              MR. LAZATIN:  Shall we take a        10:23:36
 7      quick break?                                 10:23:37
 8              MS. WESTCOT:  Sure.                  10:23:38
 9              THE VIDEOGRAPHER:  If                10:23:41
10      everybody's ready, stand by.                 10:23:42
11              We are going off the record.         10:23:43
12      This is the end of media unit 1.  The        10:23:44
13      time is 10:22 a.m.                           10:23:46
14              (Whereupon, a brief recess was       10:23:46
15      taken.)                                      10:33:18
16              THE VIDEOGRAPHER:  We are back       10:33:18
17      on the record.  This is the start of         10:33:19
18      media unit 2.  The time is 10:32 a.m.        10:33:21
19      CONTINUED BY MR. LAZITAN:                    10:33:24
20          Q.    Dr. Dennis, we were talking        10:33:24
21      about Colin Weir before the break.           10:33:26
22              Do you recall that?                  10:33:32
23          A.    I do.                              10:33:33
24          Q.    In connection -- I'm going to      10:33:34
25      ask you first about your toothpaste survey.  10:33:39
```

CONFIDENTIAL

1          Dennis - Confidential

2          listed as Paul Green and V. Srinivasan.    01:46:43

3          Q.    Do you recognize Exhibit 8,         01:46:51

4     Dr. Dennis?                                     01:46:59

5          A.    Yes, I cite it in my report.         01:46:59

6          Q.    Well, that was my next question.     01:47:00

7                Exhibit 8 is the Green and           01:47:02

8     Srinivasan article cited at footnote 7 of       01:47:05

9     your report; correct?                           01:47:08

10         A.    That's right.                        01:47:09

11         Q.    And you, again, to cite the          01:47:14

12    obvious perhaps, you reviewed and considered    01:47:16

13    the article at Exhibit 8 in formulating your    01:47:20

14    opinions in this case; right?                   01:47:23

15         A.    That's right.                        01:47:26

16         Q.    Okay.  You can put aside             01:47:45

17    Exhibit 8, Dr. Dennis.                          01:47:48

18                I'm going to refer you again        01:47:49

19    back to your report, Exhibit 1.  Let's look     01:47:50

20    at footnote 9 on page 9.                        01:47:52

21         A.    Yes, I see it, counsel.              01:48:24

22         Q.    You know what?  I pointed you to     01:48:25

23    the wrong corner.  Forgive me.                  01:48:27

24                Paragraph 24.  I'm sorry.           01:48:34

25         A.    Okay.  I'm there.                    01:48:45

CONFIDENTIAL

Page 174

```
 1                 Dennis - Confidential
 2        Q.     Paragraph 24 begins with your        01:48:47
 3    statement that I designed and conducted the     01:48:50
 4    price premium surveys by considering Best       01:48:53
 5    Practices For Litigation Surveys as             01:48:56
 6    documented by Professor Shari Seidman           01:48:58
 7    Diamond of Northwestern University in her       01:49:00
 8    Reference Guide on Survey Research.  It's       01:49:04
 9    the first sentence of paragraph 24 in your      01:49:09
10    report; right?                                  01:49:11
11        A.     That's right.                        01:49:12
12        Q.     And then there is citation to        01:49:18
13    the Diamond Reference Guide, to Robert          01:49:19
14    Groves' textbook, Survey Methodology, to a      01:49:31
15    Robert Marsden Handbook of Survey Research,     01:49:34
16    and there's a Psychology of Survey Response     01:49:37
17    by Roger Tourangeau.                            01:49:43
18            Do you see those citations?             01:49:47
19        A.     I do.                                01:49:49
20        Q.     There's also Orme, isn't there,      01:49:50
21    at the end of the paragraph 24; right?          01:49:52
22        A.     That's right.                        01:49:54
23        Q.     Okay.                                01:50:08
24            My question for you is:  Of the         01:50:08
25    four reference works that you cited in          01:50:11
```

CONFIDENTIAL

Page 175

Dennis - Confidential

1
2       paragraph 24, can you point me to any of          01:50:13
3       these four reference works you cite that          01:50:16
4       specifically discuss and approve of using         01:50:19
5       conjoint analysis to determine price              01:50:24
6       premiums market price?                            01:50:27
7               MS. WESTCOT:  Objection to form.          01:50:37
8           A.      Well, price premium is a -- so        01:50:38
9       the short answer to your question is that         01:50:40
10      the price premium concept is built on the         01:50:53
11      conjoint survey methodology.  Without the         01:50:57
12      conjoint survey methodology, there would not      01:50:58
13      even be the possibility of price premium          01:51:00
14      analogies, so conjoint surveys -- at the          01:51:04
15      heart of conjoint surveys is the ability to       01:51:08
16      quantify consumer preferences and understand      01:51:14
17      the economic value that consumers place on        01:51:16
18      attributes and levels of attributes, which        01:51:19
19      is exactly what a price premium survey is,        01:51:24
20      too.  A price premium survey is just              01:51:27
21      measuring the market price that would be          01:51:33
22      established as a result of any change that's      01:51:34
23      made to an attribute.                             01:51:36
24          Q.      Okay.  Let's take that concept        01:51:51
25      as you just articulated it, market price.  I      01:51:53

CONFIDENTIAL

Page 176

1                Dennis - Confidential

2        don't want to misquote you, Dr. Dennis.        01:52:05

3                You referred to measuring the          01:52:12

4        market price that would be established as a    01:52:16

5        result of any change that's made to an         01:52:18

6        attribute, let's call it a product             01:52:20

7        attribute, and my question is:  Can you        01:52:28

8        point me specifically to which of these        01:52:29

9        sources in paragraph 24 of your report does    01:52:32

10       that?                                          01:52:42

11           A.    Yes.  The Orme book has an           01:52:42

12       entire chapter on conjoint analysis using      01:52:45

13       market simulators, and so that answers your    01:52:47

14       question there, there's an entire chapter in   01:52:52

15       Mr. Orme's book about how to use conjoint      01:52:55

16       surveys in market simulations --              01:52:58

17           Q.    Mm-hmm.                              01:53:02

18           A.    -- to measure changes in the         01:53:03

19       marketplace that can occur as a result of      01:53:05

20       changes in product attributes.                 01:53:08

21           Q.    Do you remember the title of         01:53:13

22       that chapter?                                  01:53:15

23           A.    I believe it's called Market         01:53:18

24       Simulators or Market Simulations.              01:53:19

25           Q.    Okay.                                01:53:22

CONFIDENTIAL

Page 177

```
 1              Dennis - Confidential

 2              Any other references in these        01:53:29

 3      four -- in any of the sources you cite in    01:53:31

 4      paragraph 24 that -- that say you can        01:53:35

 5      measure a market price that results from a   01:53:48

 6      change to a -- made to an attribute, your    01:53:50

 7      words?                                       01:53:57

 8          A.    Well, the Sawtooth research        01:53:57

 9      series has articles on conjoint analysis.    01:53:59

10      Sometimes we'll mention market simulations   01:54:04

11      as one of the analytic capabilities of       01:54:06

12      conjoint analysis.  So if you look at a      01:54:10

13      series of research papers in the Sawtooth    01:54:16

14      series about how to analyze conjoint data,   01:54:20

15      sometimes written by Mr. Orme, but sometimes 01:54:28

16      not written at all, it's with a named        01:54:30

17      author, it's explaining how to use the       01:54:35

18      conjoint analysis tools in order to measure  01:54:37

19      the economic value associated with           01:54:42

20      attributes, and then, furthermore, to figure 01:54:45

21      out what market share would result if there  01:54:47

22      were a change in product attributes.         01:54:51

23          Q.    Okay.                              01:55:06

24              Can you name a specific -- you       01:55:06

25      said these were the Sawtooth research        01:55:08
```

CONFIDENTIAL

Page 178

Dennis - Confidential

1

2      papers.  Can you name a specific article,        01:55:10

3      title, author, date?                             01:55:11

4          A.    I can't give you all the titles,       01:55:18

5      but there is a research paper there called       01:55:20

6      Market Simulation, you can look it up            01:55:22

7      yourself in the Sawtooth series.                 01:55:24

8          Q.    All right.                             01:55:25

9          A.    Every version of Sawtooth, I           01:55:26

10     know there's a Sawtooth analysis Version 9       01:55:27

11     research paper because I think I reference       01:55:31

12     it in my paper -- in my report, but for          01:55:32

13     every new release of Sawtooth when they went     01:55:38

14     from version 8 to version 9, they put out a      01:55:41

15     new white paper on how to use the conjoint       01:55:44

16     tools for market simulations.  So there are      01:55:53

17     some examples for you there.  I already          01:55:55

18     mentioned Mr. Orme's book.  He has an entire     01:55:58

19     chapter dedicated to it.  Even what you          01:56:02

20     mentioned already from Mr. Orme, he is           01:56:05

21     talking about forecasting.  The whole point      01:56:06

22     of forecasting is to figure out what's going     01:56:08

23     to be the impact on the marketplace as a         01:56:10

24     result of making changes to product             01:56:12

25     attributes as features.                         01:56:14

CONFIDENTIAL

Page 179

|  | Dennis - Confidential | |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | Q.     Okay. | 01:56:19 |
| 3 | Any other specific sources you | 01:56:20 |
| 4 | can cite me to on this point?  Again, market | 01:56:25 |
| 5 | price resulting from calculating market | 01:56:28 |
| 6 | price resulting from a change made to an | 01:56:32 |
| 7 | attribute. | 01:56:39 |
| 8 | A.     I think that will do.  Those are | 01:56:40 |
| 9 | several examples for you right there. | 01:56:42 |
| 10 | Q.     Okay.  Thank you.  And I will be | 01:56:43 |
| 11 | happy to look those up. | 01:56:45 |
| 12 | Okay.  Let's go back to your | 01:56:58 |
| 13 | report and go to Attachment C3.  I will try | 01:57:01 |
| 14 | to get you a PDF page for that. | 01:57:08 |
| 15 | A.     Could you tell me the | 01:57:25 |
| 16 | substance -- what is C3? | 01:57:27 |
| 17 | Q.     This was a screener section for | 01:57:29 |
| 18 | toothpaste that we went over earlier. | 01:57:30 |
| 19 | A.     Okay.  I'm there, counsel. | 01:57:37 |
| 20 | Q.     All right. | 01:57:47 |
| 21 | I wanted to take a look at the | 01:57:49 |
| 22 | various attributes in the survey portion, | 01:57:51 |
| 23 | not the screener survey, but the survey | 01:57:54 |
| 24 | portion, and at the end of the various | 01:57:57 |
| 25 | questions, there's a chart listing all of | 01:58:04 |

CONFIDENTIAL

Page 189

1              Dennis - Confidential
2      interviews, that is, you did some research        02:09:01
3      and you discovered you could mine baking          02:09:06
4      soda, I think is what you said, and so you        02:09:10
5      bring your personal opinion to bear in            02:09:13
6      making that decision?                             02:09:14
7              MS. WESTCOT:  Objection to form.          02:09:15
8          Compound.  Misstates the witness's            02:09:17
9          prior testimony.                              02:09:18
10         A.    I was very clear on the record          02:09:19
11     about this.  I didn't think that                  02:09:20
12     respondent's insight, if you will, rose to        02:09:27
13     the level of causing me to rethink whether        02:09:29
14     to put those two levels together in the same      02:09:31
15     choice task, but that was an expert judgment      02:09:34
16     call that I made like I made in every survey      02:09:41
17     that I design.  I use my expert judgment.         02:09:44
18         Q.    We have -- Dr. Dennis, you and I        02:10:07
19     have talked in previous depositions about         02:10:09
20     supply side factors; correct?                     02:10:11
21         A.    Yes.                                     02:10:12
22         Q.    Can you -- can you describe to          02:10:19
23     me what you understand in terms of                02:10:21
24     relationship to conjoint what supply side         02:10:22
25     factors refers to?                                02:10:24

CONFIDENTIAL

Page 190

|   |   |   |   |
|---|---|---|---|
| 1 | | Dennis - Confidential | |
| 2 | A. | With respect to conjoint? | 02:10:34 |
| 3 | Q. | Yeah. | 02:10:35 |
| 4 | A. | Sure.  Happy to talk about that. | 02:10:36 |
| 5 | The conjoint survey is a methodology that | | 02:10:38 |
| 6 | does quantify consumer preferences and turns | | 02:10:42 |
| 7 | that into useful information about what | | 02:10:46 |
| 8 | consumers value in terms of if we discussed | | 02:10:54 |
| 9 | attributes and then levels of attributes. | | 02:10:57 |
| 10 | The supply side part of this is about how to | | 02:11:01 |
| 11 | make sure that the conjoint survey itself is | | 02:11:03 |
| 12 | incorporating supply side factors, and the | | 02:11:12 |
| 13 | incorporation of the supply side factors is | | 02:11:15 |
| 14 | important in order to make sure that the | | 02:11:17 |
| 15 | conjoint survey is market realistic and | | 02:11:19 |
| 16 | relevant for -- for marketplaces, in this | | 02:11:21 |
| 17 | case, the retroactive backward looking | | 02:11:24 |
| 18 | determination of what the market clearing | | 02:11:29 |
| 19 | price would have been if defendants had not | | 02:11:36 |
| 20 | used the natural claim.  So the conjoint | | 02:11:37 |
| 21 | survey appropriately incorporates supply | | 02:11:39 |
| 22 | side factors by making sure that the product | | 02:11:42 |
| 23 | profiles shown to respondents introduce | | 02:11:47 |
| 24 | market competition, so that's why my brand | | 02:11:57 |
| 25 | attribute, for instance, includes the | | 02:12:00 |

CONFIDENTIAL

Page 191

Dennis - Confidential

1

2    competitors, a number of the key competitors        02:12:00

3    of the Tom's of Maine product, again, to           02:12:02

4    replicate a real marketplace because in the        02:12:06

5    real marketplace, there are real companies         02:12:08

6    with real brands competing head to head.           02:12:10

7    That's a supply side consideration, and            02:12:12

8    obviously I included market-based pricing in       02:12:16

9    my conjoint survey in terms of the price           02:12:20

10   attribute, and then furthermore in the             02:12:22

11   analysis that I did, I did the same.  So           02:12:26

12   just to repeat, you know, conjoint surveys         02:12:28

13   clearly quantify consumer preferences, and         02:12:32

14   it's my opinion that it's important to still       02:12:34

15   incorporate in the design, in the analysis         02:12:37

16   the supply side considerations as well.            02:12:40

17        Q.    So I think if I heard you              02:12:49

18   correctly, you discussed the effect of             02:12:50

19   market competition as a supply side                02:12:51

20   consideration, and that you used                   02:12:54

21   market-based prices as a supply side               02:12:55

22   consideration.  Anything else that you --          02:12:57

23   can you list anything else in terms of             02:13:00

24   supply side factors that are incorporated in       02:13:01

25   your conjoint survey design from this case?        02:13:06

CONFIDENTIAL

Page 192

Dennis - Confidential

1

2      A.      The answer I gave you was my          02:13:15

3      cliff notes version of it.                   02:13:17

4      Q.      Okay.                                 02:13:18

5      A.      The short briefing version of         02:13:18

6      it.  The fuller elaboration of it does go     02:13:20

7      into more detail about market-based pricing   02:13:26

8      that is in my survey in the price attribute   02:13:36

9      and goes into more detail about what does it  02:13:39

10     mean to feature a price point in my survey    02:13:41

11     of let's say $4.  What I am literally doing    02:13:43

12     is putting a price point in my survey and     02:13:54

13     then later in my analysis that takes into     02:13:56

14     account the actual marketplace transactions   02:13:59

15     that occur between buyers and sellers.        02:14:01

16     That's how we get to those price points.      02:14:03

17     So a seller's willingness to sell will be     02:14:09

18     determined at least in part by their          02:14:12

19     production cost, research and development     02:14:14

20     cost, marketing, you know, all the costs of   02:14:16

21     producing the goods.  So by taking into       02:14:19

22     account these price points in my market       02:14:28

23     survey -- my consumer conjoint survey, I am   02:14:30

24     also taking into account the seller's         02:14:34

25     willingness to sell at those price points,    02:14:36

CONFIDENTIAL

Page 193

```
 1                  Dennis - Confidential
 2       and that's another way that supply side        02:14:38
 3       considerations are baked into my survey.       02:14:40
 4            Q.    Can you explain to me how your       02:14:42
 5       survey addresses the first supply side         02:14:44
 6       consideration you mentioned, which is market   02:14:52
 7       competition?  How does your survey design      02:14:54
 8       address market competition as a supply side    02:15:04
 9       factor?                                         02:15:07
10            A.    Because I created a hypothetical     02:15:08
11       marketplace in my conjoint survey where        02:15:10
12       there are essentially brands competing with    02:15:16
13       each other, so that's a -- a way for us to      02:15:18
14       replicate the real world marketplace, and      02:15:30
15       acknowledging and building into the conjoint   02:15:32
16       survey that these are real companies           02:15:37
17       competing with each other.                     02:15:40
18            Q.    Okay.                                02:15:42
19                  And you replicate that              02:15:42
20       competition you said by incorporating real     02:15:45
21       world brands in your conjoint; correct?        02:15:47
22       Competitors' brands?                           02:15:52
23            A.    That's right.                        02:15:53
24            Q.    Anything else in terms of           02:15:59
25       bringing market competition to bear,           02:16:00
```

CONFIDENTIAL

Page 194

|   |   |   |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | incorporating that into your conjoint? | 02:16:07 |
| 3 | Anything else you did? | 02:16:10 |
| 4 | A.    I think that's an adequate | 02:16:16 |
| 5 | summary. | 02:16:18 |
| 6 | Q.    All right.  Thank you. | 02:16:18 |
| 7 | MR. LAZATIN:  Why don't we -- | 02:16:23 |
| 8 | why don't we take a quick break. | 02:16:25 |
| 9 | THE VIDEOGRAPHER:  We are going | 02:16:29 |
| 10 | off the record.  This is the end of | 02:16:29 |
| 11 | media unit 4.  The time is 2:15 p.m. | 02:16:31 |
| 12 | (Whereupon, a brief recess was | 02:16:31 |
| 13 | taken.) | 02:16:35 |
| 14 | THE VIDEOGRAPHER:  We are back | 02:28:29 |
| 15 | on the record.  This is the start of | 02:28:29 |
| 16 | media unit 5.  The time is 2:27 p.m. | 02:28:31 |
| 17 | CONTINUED BY MR. LAZATIN: | 02:28:42 |
| 18 | Q.    Dr. Dennis, I would like to mark | 02:28:42 |
| 19 | the next -- well, actually it's the same | 02:28:43 |
| 20 | exhibit, Exhibit 6.  We can pull up the part | 02:28:45 |
| 21 | I'm referring to if you'd like, but I was | 02:28:48 |
| 22 | just going to ask conceptually you about | 02:28:50 |
| 23 | there is a reference in the form to | 02:28:54 |
| 24 | sensitivity analysis using market | 02:28:56 |
| 25 | simulations and we can pull it up if you'd | 02:28:59 |

CONFIDENTIAL

Page 195

1          Dennis - Confidential

2      like, but the question was to ask you to          02:29:01

3      educate me on what sensitivity analysis is          02:29:03

4      as it relates to conjoint.          02:29:10

5          A.    Well, sensitivity tests could          02:29:17

6      take various forms.  I mean, I can tell          02:29:20

7      you -- a sensitivity test as a concept          02:29:21

8      refers to whether there are statistically          02:29:24

9      different differences and the results, as a          02:29:31

10      result of, for instance, looking at          02:29:34

11      subpopulations and comparing subpopulations          02:29:38

12      to each other, or for that matter, looking          02:29:41

13      at the paradata for surveys and see if the          02:29:46

14      results from the conjoint study vary as a          02:29:50

15      result of length of time spent completing          02:29:57

16      and answering the survey questions, so          02:30:04

17      sensitivity tests is just another way of          02:30:06

18      saying looking for differences between          02:30:08

19      groups and the, in this case, the price          02:30:09

20      premium analyses.          02:30:12

21          Q.    Okay.  Maybe we should get a          02:30:21

22      little more specific.  Let's pull up          02:30:23

23      Exhibit 6, and it's page 81 of the textbook.          02:30:26

24      Let's see if we can get you a PDF page for          02:30:29

25      that.  Page 81 of the textbook, Exhibit 6.          02:30:31

Page 196

                    Dennis - Confidential

1

2       36.   Page 36 of the PDF.                    02:30:48

3             A.    I'm there.                        02:30:52

4             Q.    All right.                        02:30:53

5                   So there's this whole, what is    02:30:53

6       it, section entitled 9.5 Sensitivity         02:30:57

7       Analysis Using Market Simulations.  Of       02:31:00

8       course, feel free to read through it if      02:31:10

9       you'd like, but I'm going to ask the same    02:31:12

10      question.  As used here in the section,      02:31:14

11      Sensitivity Analysis, what does that term    02:31:16

12      mean if you can educate me?                  02:31:18

13            A.    Yeah, everything I said before    02:31:23

14      is accurate.  What is going on here is       02:31:25

15      Mr. Orme looking at specific use of market   02:31:34

16      simulations.                                 02:31:36

17            Q.    Mm-hmm.                           02:31:38

18            A.    But as I see, particularly that  02:31:38

19      third paragraph there, looking at how a      02:31:40

20      product's market share or, in other words,   02:31:43

21      consumers' preferences for a product how     02:31:47

22      sensitive is it to changes in the            02:31:50

23      attributes.  So let's say you add one        02:31:53

24      additional feature to that product profile,  02:31:55

25      what positive or negative impact does that   02:31:59

                    Dennis - Confidential

1

2        have on the market share that is forecasted        02:32:01

3        for that product.  That's how I look at this.      02:32:09

4            Q.    Is your price premium analysis          02:32:15

5        using conjoint, is that a type of                 02:32:17

6        sensitivity analysis or am I looking at it        02:32:22

7        the wrong way?                                    02:32:24

8            A.    I didn't understand the base of         02:32:27

9        your question.                                    02:32:28

10           Q.    As you just described what              02:32:31

11       sensitivity analysis is, does your price          02:32:33

12       premium analysis in this -- in your report,       02:32:36

13       does it employ sensitivity analysis?              02:32:38

14           A.    Well, it's -- sure.  So when I'm        02:32:45

15       calculating a market clearing price --            02:32:47

16           Q.    Yup.                                    02:32:49

17           A.    -- for the prices with and              02:32:49

18       without the alleged misrepresentation, that       02:32:51

19       is a form of sensitivity analysis.  I'm           02:32:56

20       looking at the extent to which the                02:33:00

21       marketplace is sensitive to a product not         02:33:02

22       having the alleged misrepresentation versus       02:33:05

23       one that does.  It might be helpful,              02:33:09

24       counsel, if you just read that last full          02:33:24

25       paragraph on this page.  That's --                02:33:25

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | Q. Mm-hmm. | 02:33:27 |
| 3 | A. That's where Mr. Orme does a | 02:33:28 |
| 4 | nice job of explaining how a market | 02:33:29 |
| 5 | simulator starts with the base condition, | 02:33:33 |
| 6 | the base case market, and what I did in my | 02:33:35 |
| 7 | market simulation analyses was alter that | 02:33:41 |
| 8 | base case market until the market price is | 02:33:43 |
| 9 | low enough for the product with the -- with | 02:33:47 |
| 10 | the misrepresentation -- sorry -- without | 02:33:55 |
| 11 | the misrepresentation, I've identified at | 02:33:57 |
| 12 | what price point will that product with the | 02:33:59 |
| 13 | misrepresentation equal the price -- | 02:34:05 |
| 14 | sorry -- equal the market share for the | 02:34:07 |
| 15 | other product. | 02:34:08 |
| 16 | Q. Okay, that's helpful. And is | 02:34:14 |
| 17 | Orme correct that you usually assume no | 02:34:16 |
| 18 | reaction by competitors in conducting this | 02:34:21 |
| 19 | type of analysis? | 02:34:32 |
| 20 | A. Well, again, he's looking at | 02:34:33 |
| 21 | this forward looking forecasting or | 02:34:34 |
| 22 | projection use case for conjoint surveys. | 02:34:36 |
| 23 | So that's his point of view or his starting | 02:34:41 |
| 24 | assumption, and talking about what conjoint | 02:34:46 |
| 25 | surveys are used for, and for my case that's | 02:34:49 |

CONFIDENTIAL

Page 199

|   |   |   |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | not what I'm doing, I'm not forecasting for | 02:34:57 |
| 3 | the future, I am looking retroactively for | 02:34:59 |
| 4 | sales that have already been made and what | 02:35:02 |
| 5 | the price point would have been in the | 02:35:03 |
| 6 | marketplace if defendants did not have | 02:35:05 |
| 7 | access to this misrepresentation. | 02:35:07 |
| 8 | Q.     Let's talk for a second about | 02:35:30 |
| 9 | Sawtooth.  Sawtooth is the software that | 02:35:32 |
| 10 | you -- that you used in analyzing your | 02:35:34 |
| 11 | conjoint results; right? | 02:35:42 |
| 12 | A.     Basically, yes.  Basically. | 02:35:47 |
| 13 | It's the very short version of it. | 02:35:49 |
| 14 | Q.     Okay. | 02:35:51 |
| 15 | And if you can educate me as to | 02:35:52 |
| 16 | the software, the Sawtooth software.  What | 02:36:01 |
| 17 | exactly did you use the Sawtooth software to | 02:36:03 |
| 18 | do in your analysis? | 02:36:08 |
| 19 | A.     Well, first of all, the | 02:36:09 |
| 20 | utilities, sometimes called the part worth | 02:36:10 |
| 21 | utilities -- | 02:36:12 |
| 22 | Q.     Mm-hmm. | 02:36:13 |
| 23 | A.     -- it should be calculated for | 02:36:14 |
| 24 | each respondent in my survey.  So the first | 02:36:16 |
| 25 | task is to take the raw data that comes out | 02:36:23 |

CONFIDENTIAL

Page 200

```
 1              Dennis - Confidential
 2      of the survey itself.                    02:36:25
 3          Q.    Yes.                            02:36:26
 4          A.    And that raw data is just a     02:36:27
 5      bunch of choices.  Respondents are asked to  02:36:30
 6      make 12 choices in the survey.  Each choice  02:36:33
 7      task reflects a certain combination of    02:36:35
 8      product profiles, and the Sawtooth software  02:36:44
 9      will calculate those part worth utilities  02:36:48
10      for each level of each tribute of each    02:36:51
11      respondent, so that's the first task, is   02:36:57
12      simply calculating those utilities, and then  02:36:59
13      from there the utilities are used by the   02:37:03
14      market simulation tool, which is a feature  02:37:10
15      within the Sawtooth software, so just unpack  02:37:12
16      it, Sawtooth has the entire data collection  02:37:16
17      package, which I personally did not use, but  02:37:20
18      they -- they have the package for actually  02:37:23
19      collecting the data from the respondents.   02:37:25
20          Q.    Mm-hmm.                         02:37:29
21          A.    I just -- I use the lighthouse  02:37:29
22      tool, which is the analysis tool for       02:37:31
23      calculating the utilities, and then creating  02:37:34
24      those market simulations that I attach to my  02:37:36
25      expert report.                            02:37:38
```

CONFIDENTIAL

Page 201

Dennis - Confidential

1

2      Q.      Who did the data collection that     02:37:48

3      you didn't use Sawtooth for?                02:37:51

4      A.      Well, Sawtooth is just the          02:37:54

5      software.                                   02:37:56

6      Q.      Yes.                                02:37:57

7      A.      So I did retain the firm Dynata     02:37:57

8      to actually administer my survey.  I'm      02:38:02

9      sorry.  Surveys, plural.                    02:38:08

10     Q.      Right.  Actually let's start at     02:38:10

11     the part worth -- part worths in terms of a 02:38:14

12     measure of utility.  Can you help me by     02:38:16

13     defining what you mean by part worth?       02:38:24

14     A.      Mm-hmm.  Sure.  It's the actual     02:38:27

15     utility that the consumer places on that    02:38:29

16     level in the context of a choice task that's 02:38:33

17     put in front of the respondent, so it's     02:38:43

18     literally measuring the relative economic   02:38:45

19     value that consumers let's say put on the   02:38:49

20     brand Tom's of Maine when let's say the     02:39:00

21     label brand is natural and the price point  02:39:02

22     is $4.                                      02:39:05

23     Q.      Mm-hmm.                             02:39:09

24     A.      And then looking at that in         02:39:10

25     combination with what the other product     02:39:11

CONFIDENTIAL

Page 202

1                    Dennis - Confidential

2        profiles are in that choice task.  So the        02:39:13

3        hierarchical base tool is running tens of        02:39:19

4        thousands of simulations, computing              02:39:29

5        simulations, building models, trying to          02:39:30

6        predict how much economic value a given          02:39:33

7        consumer places on each of these levels, of      02:39:38

8        each of these attributes.                        02:39:42

9            Q.     And why is it called, if you          02:39:45

10       know, why is it called a part worth?  In         02:39:50

11       other words, part of what?                       02:39:53

12           A.     Part of the whole.  So if             02:39:55

13       there's a hundred points to be allocated of      02:39:58

14       value for a product, how much of that value      02:40:02

15       is attributable to a brand level or a label      02:40:06

16       claim.                                           02:40:14

17           Q.     Okay.                                 02:40:16

18           A.     Or one of the product benefits        02:40:17

19       in my toothpaste survey.                         02:40:18

20           Q.     So just so I understand, let's        02:40:27

21       say there's a hundred, as you posited in         02:40:29

22       this hypothetical, a hundred points to be        02:40:31

23       allocated in terms of part worth, let's say      02:40:33

24       brand level -- we generate brand levels          02:40:35

25       for -- I'm sorry.  We generate part worths       02:40:38

CONFIDENTIAL

Page 203

                    Dennis - Confidential

1

2       for brand level and natural claim, those        02:40:41

3       equal 30 part worths, and you're saying the      02:40:47

4       remaining, conceptually the remaining 70         02:40:50

5       part worths are distributed among what, the      02:40:52

6       remaining features in the product or the         02:40:55

7       remaining features in the survey or what?        02:40:57

8           A.      That's right.  Among the product     02:41:00

9       profiles shown to respondents.                   02:41:02

10          Q.      Okay.                                 02:41:04

11          A.      And this all occurs as a result      02:41:05

12      of the aggregation of all these choices that     02:41:07

13      consumers make across hundreds of potential      02:41:10

14      product profiles put in front of respondents.    02:41:18

15          Q.      Okay.  Let's talk for a second.      02:41:21

16      Let's go back to Sawtooth.  Well, give me        02:41:28

17      one second.                                       02:41:43

18              Let's go back to your report,            02:41:43

19      Exhibit 1, paragraph 43, on page 18 of           02:41:44

20      your --                                           02:41:53

21          A.      Which paragraph number, counsel?     02:41:57

22          Q.      Paragraph 43.                         02:41:58

23          A.      Okay.                                 02:42:10

24          Q.      You got it?                           02:42:10

25          A.      Yes.  Now I'm there.                  02:42:11

CONFIDENTIAL

Page 204

|     |                                                    |          |
|-----|----------------------------------------------------|----------|
|     |         Dennis - Confidential                      |          |
| 1   |                                                    |          |
| 2   | Q.     In the actual choice tasks,                 | 02:42:12 |
| 3   | blah, blah, blah; right?                           | 02:42:15 |
| 4   | A.     Right.                                       | 02:42:18 |
| 5   | Q.     Okay.                                        | 02:42:18 |
| 6   |        Third sentence of paragraph 43              | 02:42:19 |
| 7   | of your report reads:  While each product          | 02:42:21 |
| 8   | profile has the same list of attributes, the       | 02:42:23 |
| 9   | actual levels for each attribute are               | 02:42:26 |
| 10  | randomly displayed with some documented            | 02:42:29 |
| 11  | constraints.                                       | 02:42:31 |
| 12  |        Do you see that?                            | 02:42:32 |
| 13  | A.     Yes.                                         | 02:42:34 |
| 14  | Q.     What are you referring to when              | 02:42:35 |
| 15  | you say with some documented constraints?          | 02:42:36 |
| 16  | A.     Sure.  I'd be happy to explain              | 02:42:42 |
| 17  | that.  Earlier we looked at the Excel sheet        | 02:42:45 |
| 18  | that had the list of my attributes and             | 02:42:55 |
| 19  | levels.                                            | 02:42:58 |
| 20  | Q.     Mm-hmm.                                      | 02:42:58 |
| 21  | A.     And there's a notes column on              | 02:42:59 |
| 22  | the far right there where I documented the         | 02:43:00 |
| 23  | constraints.  So there was, in the                 | 02:43:02 |
| 24  | toothpaste survey -- pardon me -- in the           | 02:43:09 |
| 25  | deodorant survey, there were two levels that       | 02:43:12 |

CONFIDENTIAL

Page 205

|   |   |   |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | both communicated the length of time that | 02:43:15 |
| 3 | the product is effective as a deodorant.  So | 02:43:17 |
| 4 | it would have been confusing to respondents | 02:43:22 |
| 5 | if both those label claims appeared on the | 02:43:24 |
| 6 | same product profile.  So I put in a | 02:43:26 |
| 7 | constraint so that a product profile could | 02:43:38 |
| 8 | have one, but not both of those levels. | 02:43:40 |
| 9 | Q.    Okay. | 02:43:47 |
| 10 | And if I remember this | 02:43:48 |
| 11 | correctly, it was the 24 hours versus 48 | 02:43:49 |
| 12 | hours protection; right? | 02:43:50 |
| 13 | A.    That's right. | 02:43:51 |
| 14 | Q.    Okay. | 02:43:52 |
| 15 | So we discussed earlier that | 02:43:52 |
| 16 | under that labeling claim, you could have | 02:43:54 |
| 17 | multiple of those levels on any one product | 02:44:03 |
| 18 | profile, this would be an exception to that | 02:44:06 |
| 19 | because you obviously can't have both 24 | 02:44:08 |
| 20 | hour and 48 hour protection on the same | 02:44:10 |
| 21 | product; right? | 02:44:12 |
| 22 | A.    Well, I mean, there was always | 02:44:12 |
| 23 | two or three or four levels shown to | 02:44:14 |
| 24 | respondents for label claims for a deodorant. | 02:44:21 |
| 25 | Q.    Yeah. | 02:44:23 |

CONFIDENTIAL

Page 206

                      Dennis - Confidential

1

2        A.     I'm just talking about a              02:44:24

3     prohibition against both of those label         02:44:25

4     claims appearing at the same time.              02:44:28

5        Q.     Got it.                               02:44:29

6        A.     Okay.                                 02:44:30

7        Q.     Let me pull up the next exhibit.      02:44:49

8     The next exhibit is Exhibit 9.                  02:44:51

9        A.     Okay.                                 02:44:52

10              MR. BUFF:  Exhibit 9 has been         02:44:54

11          introduced.                               02:44:56

12              (Dennis Exhibit 9, screenshots,       02:44:56

13          marked for identification, as of this     02:44:56

14          date.)                                    02:45:31

15       Q.     Have you had a chance to look at      02:45:31

16    Exhibit 9, Dr. Dennis?                          02:45:32

17       A.     Yes.                                  02:45:32

18       Q.     And we have been talking about        02:45:34

19    the Sawtooth software for a while, and I        02:45:35

20    assume you are familiar with the let's call     02:45:39

21    them screenshots that are displayed in          02:45:42

22    Exhibit 9, which is the Sawtooth -- some of     02:45:44

23    the Sawtooth settings that you can adjust;      02:45:51

24    is that right?                                  02:45:53

25       A.     That's right.                         02:46:15

CONFIDENTIAL

Page 207

|   |   |   |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | Q.    And one of those, I'm going to | 02:46:16 |
| 3 | point you to the first page, two pages, and | 02:46:18 |
| 4 | the first page has the constraints, in blue | 02:46:20 |
| 5 | highlight it says constraints default, and | 02:46:22 |
| 6 | then the little box up top says use | 02:46:25 |
| 7 | constraints, and it's not ticked off, | 02:46:27 |
| 8 | there's a blank box there. | 02:46:32 |
| 9 | Do you see that? | 02:46:33 |
| 10 | A.    That's right. | 02:46:34 |
| 11 | Q.    Okay. | 02:46:35 |
| 12 | And, by the way, this -- the | 02:46:35 |
| 13 | Exhibit 9 is -- the heading up top says | 02:46:37 |
| 14 | CBC/HB Settings.  I take it CBC stands for | 02:46:41 |
| 15 | choice-based conjoint? | 02:46:44 |
| 16 | A.    That's right. | 02:46:46 |
| 17 | Q.    Okay. | 02:46:47 |
| 18 | And then HB stands for | 02:46:48 |
| 19 | hierarchal base, I take it? | 02:46:50 |
| 20 | A.    That's right. | 02:46:53 |
| 21 | Q.    I guessed right.  And then | 02:46:54 |
| 22 | looking at the first page of Exhibit 9, this | 02:47:00 |
| 23 | would be sort of the settings, a settings | 02:47:02 |
| 24 | page that you would encounter in the soft -- | 02:47:10 |
| 25 | Sawtooth software that you used for your | 02:47:15 |

CONFIDENTIAL

Page 208

| | | |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | analysis in this case; right? | 02:47:17 |
| 3 | A.    That's right. | 02:47:18 |
| 4 | Q.    Okay. | 02:47:19 |
| 5 | And the constraints let's call | 02:47:34 |
| 6 | setting that is highlighted, that's a | 02:47:36 |
| 7 | setting that you can turn off or turn on, in | 02:47:38 |
| 8 | other words, you can impose some constraints | 02:47:41 |
| 9 | on your data or you could not by default; | 02:47:44 |
| 10 | right? | 02:47:48 |
| 11 | A.    Yes, that's right. | 02:47:48 |
| 12 | Q.    And is the default in Sawtooth | 02:47:49 |
| 13 | not putting any constraints on data? | 02:47:55 |
| 14 | A.    I believe that's right.  It's a | 02:47:56 |
| 15 | user option to put in, in this case, price | 02:48:01 |
| 16 | constraints. | 02:48:04 |
| 17 | Q.    Right.  Price constraints. | 02:48:05 |
| 18 | And, but you can see where I'm | 02:48:07 |
| 19 | getting at, which is some of the price | 02:48:08 |
| 20 | constraints on the second page, but let me | 02:48:10 |
| 21 | just ask you, did you apply any sort of | 02:48:12 |
| 22 | price constraints on your -- on the data | 02:48:15 |
| 23 | from your conjoint survey in this case? | 02:48:21 |
| 24 | A.    You know, I was just looking to | 02:48:35 |
| 25 | see if I did that.  My short answer at | 02:48:37 |

CONFIDENTIAL

Page 209

1              Dennis - Confidential

2        this -- as I sit here right now, I'm not a          02:48:37

3        hundred percent confident if I did that or          02:48:40

4        not.  It would be shown in the files that I         02:48:42

5        sent over to be shared with the defendants          02:48:45

6        about how I calculated the utilities.  I            02:48:49

7        will say that it is my typical practice to          02:48:51

8        put in this price constraint because it's a         02:48:53

9        standard practice in conjoint surveys to            02:48:56

10       what's called reversals, in other words, put        02:49:03

11       in constraints so that if all else is equal         02:49:06

12       between two products shown a respondent, if         02:49:13

13       they choose the one that's more expensive,          02:49:16

14       that's an economically irrational thing to          02:49:19

15       do.  Right?  I mean, if two products are            02:49:21

16       exactly the same except one is $1 more than         02:49:23

17       the other --                                        02:49:26

18            Q.    Right.                                    02:49:27

19            A.    -- it's economically rational,           02:49:27

20       of course, to confer the less expensive             02:49:29

21       option.  So it's often done in conjoint             02:49:38

22       studies to often put in this reversal --            02:49:42

23       these reversals so that the respondent will         02:49:44

24       always and the data will reflect that               02:49:46

25       economic rationality.                               02:49:49

CONFIDENTIAL

Page 210

1           Dennis - Confidential

2     Q.    Okay.                              02:49:50

3           And is it your recollection        02:49:51

4     that's a constraint you applied here?    02:49:54

5     A.    Again, I would have to look at      02:50:03

6     my underlying documentation, but that's my   02:50:04

7     typical practice, is to put in a price    02:50:06

8     constraint.                              02:50:08

9     Q.    You referenced your files that     02:50:09

10    you turned over a moment ago, and do you  02:50:10

11    know if you actually produced your Sawtooth  02:50:16

12    program files?  I understand they're a .ssi  02:50:23

13    extension type file.  Have you produced    02:50:26

14    those in this litigation for us to look at?  02:50:28

15    A.    I know there was a supplemental    02:50:32

16    production, counsel, and I turned over     02:50:34

17    everything that I was asked to, so I don't  02:50:36

18    know at the moment whether I gave the SSI   02:50:40

19    file over.  I remember turning over        02:50:43

20    everything that was asked of me.          02:50:50

21    Q.    But you're not sure whether you    02:50:51

22    turned over -- first of all, by turned over,  02:50:53

23    you mean gave to Ms. Westcot's office?     02:50:56

24    A.    Yes.  That's right.  Obviously I    02:50:59

25    do not have a direct connection to your law  02:51:01

CONFIDENTIAL

Page 211

```
 1              Dennis - Confidential
 2       firm, counsel.                          02:51:03
 3          Q.     Sure.                          02:51:03
 4              And you're not sure as you sit    02:51:04
 5       here today whether you actually produced to  02:51:06
 6       Ms. Westcot's office your underlying SSI  02:51:09
 7       files, Sawtooth files; is that right?   02:51:12
 8              MS. WESTCOT:  Objection to form.  02:51:14
 9          Asked and answered.  And just for the  02:51:15
10          record, Mr. Lazatin, we did receive a  02:51:17
11          bulleted list of requests for        02:51:20
12          supplemental production from your    02:51:24
13          office that we forwarded to Dr. Dennis  02:51:27
14          and every item that was requested was  02:51:28
15          produced.                            02:51:31
16              MR. LAZATIN:  Okay.  Well, thank  02:51:31
17          you, Ms. Westcot.  Let me just confirm  02:51:33
18          with Dr. Dennis.                     02:51:37
19          Q.     Is it your understanding,     02:51:38
20       Dr. Dennis, that you have produced your SSI  02:51:39
21       files for Sawtooth to Ms. Westcot's office?  02:51:42
22          A.     I'm sorry, counsel, it was a  02:51:50
23       long list of things and I faithfully    02:51:52
24       complied with it.  I'm not sure what -- at  02:51:54
25       this moment what was on that list and what  02:51:56
```

CONFIDENTIAL

```
                                            Page 212
1                  Dennis - Confidential
2        was not.                               02:51:58
3            Q.     All right.                  02:51:59
4                   If you do, if you in fact have   02:52:00
5        not produced your SSI files for your surveys   02:52:02
6        in this case, are you able to do so?    02:52:04
7                   MS. WESTCOT:  I'm going to   02:52:12
8             object to that request because there   02:52:13
9             was already a lengthy list of requests   02:52:15
10            for supplemental production from Dr.   02:52:17
11            Dennis from counsel for the defendants   02:52:19
12            and Dr. Dennis has complied with the   02:52:22
13            request for supplemental production.   02:52:24
14           Q.     Dr. Dennis?                  02:52:31
15           A.     I will follow plaintiffs'   02:52:31
16        counsel advice on this.                02:52:34
17           Q.     Excuse me, there has not been   02:52:35
18        any advice, there was a speech that was   02:52:37
19        given that frankly is improper, but I'm   02:52:38
20        asking if you're willing to turn over your   02:52:40
21        underlying SSI files if in fact you haven't   02:52:42
22        already done so.                       02:52:44
23                  Are you willing to do that?   02:52:48
24           A.     If plaintiffs' counsel asks me   02:52:49
25        to do so, I will do so.                02:52:51
```

CONFIDENTIAL

Page 213

```
 1              Dennis - Confidential

 2       Q.      Great.                       02:52:52

 3               No reason you can't; right?  I   02:52:56

 4       mean, physically.  You haven't lost them?   02:52:57

 5       A.      No, I would not lose files like   02:52:59

 6       that.                                02:53:02

 7       Q.      Okay.                        02:53:08

 8               Now, we were talking a minute   02:53:08

 9       ago about imposing price constraints.  You   02:53:10

10       said it was your typical practice to put in   02:53:12

11       price constraints at least to -- so that   02:53:14

12       economically irrational responses like   02:53:23

13       preferring a more expensive product, you   02:53:26

14       know, identical product to a cheaper product   02:53:28

15       would be constrained.                02:53:30

16               Did I gather that correctly?   02:53:34

17       A.      That's right.                02:53:46

18       Q.      Now, if you look at the second   02:53:47

19       page of Exhibit 9, you can see here the blue   02:53:48

20       highlight says constraints modified, and   02:53:51

21       then the box up top that says use   02:53:59

22       constraints is ticked off and there are a   02:54:02

23       number of shall I call them formulas listed   02:54:05

24       under the add is the plus time.  The first   02:54:11

25       line reads price $3 should be preferred over   02:54:15
```

CONFIDENTIAL

Page 214

1               Dennis - Confidential

2        $4, next line reads price should be          02:54:17

3        preferred over $5 and so on.                 02:54:20

4               Do you see that?                       02:54:25

5        A.      Yes.                                  02:54:28

6        Q.      And my question is really a           02:54:29

7        mechanical one.  If we were to have imposed   02:54:30

8        the type of constraints that we talked about  02:54:33

9        in terms of price constraints, would this     02:54:37

10       be -- would the second page of Exhibit 9      02:54:42

11       actually set forth how you would do that in   02:54:45

12       terms of changing the settings?               02:54:49

13       A.      Yes.  It looks very similar to        02:54:54

14       what I have done many times before in my      02:54:55

15       conjoint analyses.                            02:55:01

16       Q.      Do you recall whether you had         02:55:15

17       any, as you have described them, sort of      02:55:15

18       economically irrational responses on your     02:55:18

19       conjoint such that the responses showed       02:55:23

20       preferences for higher prices rather than     02:55:25

21       lower prices for the same product?  Do you    02:55:27

22       recall if you had such results?               02:55:29

23       A.      Yeah, every conjoint survey that      02:55:30

24       I've done, there's outlier respondents that   02:55:32

25       will choose what's called dominated           02:55:36

CONFIDENTIAL

Page 215

1                    Dennis - Confidential

2         alternatives, and it does happen.  That's        02:55:41

3         why Sawtooth has this feature within -- it's     02:55:47

4         one reason Sawtooth has this feature to put      02:55:49

5         in price constraints because it's well-known     02:55:52

6         that some respondents will waiver in their       02:55:56

7         attention that they're spending on the           02:56:03

8         exercise and it's possible they'll choose        02:56:05

9         some irrational responses, so we take that       02:56:08

10        into account by having this kind of              02:56:11

11        constraint option, so it's a -- the              02:56:13

12        statistical outliers can be corrected            02:56:17

13        through this kind of constraint option.          02:56:21

14             Q.     And did you say that these sort      02:56:29

15        of economically irrational responses, they       02:56:31

16        sometimes can be indicative of, actually         02:56:35

17        what you just said, indicative of the            02:56:37

18        respondent maybe not paying attention to the     02:56:42

19        choice tasks?                                    02:56:46

20             A.     Every expert will tell you the       02:56:54

21        same thing.  You know, when you ask a            02:56:56

22        respondent to make twelve choices, it's          02:56:57

23        possible that their attention can vary from      02:56:59

24        screen to screen, meaning from choice task       02:57:01

25        to choice task, so, you know, we're humans,      02:57:04

CONFIDENTIAL

Page 216

1                    Dennis - Confidential

2       we're not perfect.  Some people occasionally       02:57:07

3       will make a mistake.  So it's just a fact of       02:57:09

4       survey research that -- and that's why I use       02:57:15

5       the term outliers, I use the term outlier         02:57:19

6       purposely.  It would be typically a small         02:57:21

7       minority of actual choices that are               02:57:23

8       resulting in, you know, this kind of              02:57:28

9       economic irrationality.                           02:57:38

10          Q.     When you mentioned a small             02:57:38

11      minority of actual choices, did you check to       02:57:41

12      see how often -- how frequently your survey       02:57:44

13      data generated these sort of outlier              02:57:48

14      economically irrational choices?                  02:57:53

15          A.     I didn't look at it personally.        02:58:08

16      I did see some analysis that your expert had       02:58:09

17      done on this.  I didn't see that analysis          02:58:11

18      done at the choice level.  I saw it done at        02:58:14

19      the respondent level.  So, now, I haven't          02:58:17

20      done that task yet.  Typically it's a small        02:58:20

21      percentage of the actual choices that need         02:58:27

22      to be reversed because of the price                02:58:29

23      constraint.                                        02:58:30

24          Q.     What's a small percentage?             02:58:39

25          A.     I'm not going to ballpark what a       02:58:40

CONFIDENTIAL

Page 217

1                    Dennis - Confidential

2          small percentage is, but it's typically not      02:58:42

3          a large percentage.                              02:58:44

4               Q.    Typically not higher than 5% of       02:58:45

5          responses?                                       02:58:48

6               A.    I kind of -- I'm not just going       02:58:53

7          to, you know, throw out a number, but            02:58:54

8          typically if you look at all the choices         02:58:56

9          made in this case, about a thousand              02:58:58

10         respondents times 12 choices, it tends to be     02:59:01

11         a pretty small percentage that need to be        02:59:06

12         reversed.                                         02:59:08

13              Q.    Is 10% a typical small                02:59:18

14         percentage that you would encounter that         02:59:20

15         would need to be reversed?                       02:59:23

16              A.    Again, I hesitate to put out          02:59:27

17         what small means.  I would look at the           02:59:29

18         analysis and, furthermore, look at what          02:59:30

19         implications, if any, there are for the          02:59:34

20         price premium results, does it have any          02:59:36

21         impact whatsoever on the survey results by       02:59:38

22         enforcing this price constraint versus not.      02:59:50

23         Those are the -- those are analyses to do.       02:59:53

24              Q.    Would you consider 60% of             03:00:02

25         respondents to your survey having these          03:00:04

CONFIDENTIAL

Page 218

|  |  |  |
|---|---|---|
| 1 | Dennis - Confidential |  |
| 2 | outlier choices, economically irrational | 03:00:12 |
| 3 | choices, would you consider 60% to be a | 03:00:13 |
| 4 | small percentage that you typically | 03:00:16 |
| 5 | encounter? | 03:00:20 |
| 6 | A.    Again, your -- I was being very | 03:00:25 |
| 7 | precise in my language earlier, now you're | 03:00:28 |
| 8 | using a different metric.  I was talking | 03:00:30 |
| 9 | about the percentage of actual choices made, | 03:00:32 |
| 10 | and now you're giving me a metric based on | 03:00:34 |
| 11 | number of respondents. | 03:00:38 |
| 12 | Q.    Right. | 03:00:39 |
| 13 | A.    So that's a -- it's a very | 03:00:40 |
| 14 | different metric. | 03:00:42 |
| 15 | Q.    I understand.  I'm asking you on | 03:00:46 |
| 16 | my metric, if 60% of your respondents have | 03:00:47 |
| 17 | at least one instance where they've had to | 03:00:51 |
| 18 | have their outlier economically irrational | 03:00:53 |
| 19 | response corrected, do you consider that to | 03:00:57 |
| 20 | be a small percentage that's typical of what | 03:01:00 |
| 21 | you should find in your work? | 03:01:09 |
| 22 | MS. WESTCOT:  Objection.  Vague. | 03:01:11 |
| 23 | Calls for speculation. | 03:01:13 |
| 24 | A.    Again, I did see that in your | 03:01:14 |
| 25 | Defendant's expert report on that, and my | 03:01:16 |

CONFIDENTIAL

Page 219

1                     Dennis - Confidential

2         first reaction was, well, it's just the        03:01:18

3         wrong analysis to do.  What matters is the      03:01:20

4         percentage of total choices.  So I thought      03:01:22

5         the 60% was a not useful way to look at this    03:01:33

6         and not a basis to be alarmed.  What matters    03:01:38

7         is the percentage of the choice task            03:01:39

8         themselves.                                     03:01:42

9              Q.     Right.  And so there's, if we       03:01:43

10        just do the math right, you know, there's       03:01:45

11        12,000 choice tasks; right?                     03:01:48

12             A.     Yeah.  A thousand times 12.         03:01:49

13             Q.     Okay.                               03:01:51

14                    And so with 12,000 choice tasks,    03:01:52

15        we're using your metric and also your term,     03:01:57

16        you use the term typical, for 12,000 choice     03:02:00

17        tasks, what is a typical small percentage       03:02:03

18        that you would expect to see these              03:02:05

19        irrational choices?                             03:02:07

20             A.     Again, I hesitate and will not      03:02:13

21        provide a ballpark on that for you.             03:02:14

22             Q.     Okay.                               03:02:17

23             A.     As I said, I can do it, but I'm     03:02:18

24        not going to give you an off the cuff           03:02:20

25        ballpark on that.                               03:02:22

CONFIDENTIAL

|  |  | Page 220 |
|---|---|---|
| 1 | Dennis - Confidential | |
| 2 | Q.    All right.  So -- | 03:02:23 |
| 3 | A.    Because it is -- it's not | 03:02:24 |
| 4 | uncommon -- it's not uncommon for | 03:02:26 |
| 5 | individuals to need to have their -- have | 03:02:28 |
| 6 | some level of reversals made.  What is more | 03:02:35 |
| 7 | important is looking at that Root Likelihood | 03:02:38 |
| 8 | score and see if the Root Likelihood score | 03:02:41 |
| 9 | is indicative that respondents are answering | 03:02:44 |
| 10 | these choice tasks consistently, and it's a | 03:02:46 |
| 11 | measure of the extent to which consumers are | 03:02:50 |
| 12 | answering these preference questions | 03:02:56 |
| 13 | consistently, consistently valuing the same | 03:02:58 |
| 14 | attributes and levels across all the 12 | 03:03:01 |
| 15 | choice tasks. | 03:03:04 |
| 16 | Q.    Okay. | 03:03:12 |
| 17 | So in the same example that I | 03:03:12 |
| 18 | gave of a hypothetical, well, it's your | 03:03:13 |
| 19 | example you gave of 12,000 choice tasks, you | 03:03:16 |
| 20 | can't tell me whether 1,000 of those choice | 03:03:18 |
| 21 | tasks yielding these outlier responses is | 03:03:20 |
| 22 | typical? | 03:03:24 |
| 23 | A.    No, I hesitate and will not | 03:03:33 |
| 24 | provide you an off the cuff ballpark on | 03:03:34 |
| 25 | that. | 03:03:37 |

CONFIDENTIAL

Page 221

1           Dennis - Confidential

2       Q.    And if I told you 6,000 of those      03:03:37

3    responses involved irrational, economically    03:03:38

4    irrational choices, you can't tell me if       03:03:41

5    that's typical either?                         03:03:45

6           MS. WESTCOT:  Objection.  Asked         03:03:49

7       and answered.                               03:03:50

8       A.    No, I would do the analysis           03:03:50

9    myself and see exactly how it's done before    03:03:51

10   I reach any conclusions on that.               03:03:54

11      Q.    Okay.                                  03:03:55

12            And going back to the idea of          03:03:56

13   the constraints, I want to be clear on this    03:03:59

14   when you put constraints, the constraints      03:04:13

15   that we described, which is on Exhibit 9,      03:04:14

16   which is you impose the constraints that       03:04:15

17   they can't -- the respondents cannot prefer    03:04:16

18   a more expensive product to a cheaper          03:04:20

19   product -- right -- you don't just throw out   03:04:21

20   those results; correct?                        03:04:26

21      A.    No, of course not.  This is a --       03:04:33

22   and just to clarify, when all else is equal    03:04:35

23   between the two products --                     03:04:37

24      Q.    Yeah.                                  03:04:39

25      A.    -- the consumers are choosing          03:04:39

CONFIDENTIAL

Page 222

```
 1              Dennis - Confidential
 2      from, that's when the constraint applies and      03:04:41
 3      it's not a removal, it's -- you can see the       03:04:45
 4      constraint language right there, about $5         03:04:49
 5      should be preferred to $6, so that's a            03:04:53
 6      reversal, so it will, the analysis will take      03:04:55
 7      the reversal into account as if the               03:05:02
 8      respondent was rational and chose the less        03:05:04
 9      expensive option.                                 03:05:07
10           Q.    Okay.                                  03:05:08
11                 So if, let me just use the first       03:05:08
12      example, first line of the second page,           03:05:11
13      which is price of $3 should be preferred          03:05:17
14      over $4.  Would you look at that line?            03:05:19
15           A.    Sure.                                  03:05:23
16           Q.    So just so I'm understanding           03:05:23
17      mechanically how this works in the software,      03:05:25
18      if there's a response from a particular           03:05:27
19      respondent that said he preferred the $4          03:05:30
20      over the -- the $4 product over the $3            03:05:32
21      product, his response for purposes of your       03:05:36
22      calculations is changed so that he prefers        03:05:39
23      the $3 product instead of the $4 product?         03:05:42
24           A.    Yes.  That's fair.                     03:05:46
25           Q.    Okay.  I think I understand            03:05:57
```

CONFIDENTIAL

Page 223

```
 1              Dennis - Confidential
 2      that.  We can set aside Exhibit 9.           03:05:59
 3                  MR. LAZATIN:  Why don't we take   03:06:33
 4          a break.  I thought I was -- I'm nearly  03:06:34
 5          done, but --                             03:06:36
 6                  THE VIDEOGRAPHER:  We are going   03:06:37
 7          off the record.  This is the end of      03:06:37
 8          media unit 5.  The time is 3:05 p.m.     03:06:38
 9                  (Whereupon, a brief recess was    03:18:20
10          taken.)                                  03:18:28
11                  THE VIDEOGRAPHER:  We are back    03:18:28
12          on the record.  This is the start of     03:18:28
13          media unit 6.  The time is 3:17 p.m.     03:18:30
14      CONTINUED BY MR. LAZATIN:                    03:18:40
15          Q.     Dr. Dennis, we talked before the  03:18:40
16      break about how you use the Sawtooth         03:18:42
17      software to, at least in one step of the     03:18:46
18      analysis, to calculate the part worth using  03:18:48
19      the raw data from the survey; is that -- is  03:18:55
20      that correct?                                03:18:58
21          A.     We did talk about that, counsel.  03:18:58
22          Q.     Do you recall -- sorry.  Scratch  03:19:00
23      that.                                        03:19:05
24                  Do you know if it is possible to  03:19:05
25      do those calculations manually without the   03:19:13
```

CONFIDENTIAL

Page 224

```
 1              Dennis - Confidential
 2      software?                              03:19:15
 3          A.     Well, I think it -- calculating  03:19:26
 4      the utilities requires generating in often  03:19:30
 5      cases often tens of thousands of statistical  03:19:33
 6      model, so my understanding is that    03:19:36
 7      hierarchal-based estimation became    03:19:38
 8      mainstreamed when computing power increased  03:19:42
 9      and we were able to do those simulations, so  03:19:45
10      using the software, I don't know, is it  03:19:49
11      possible to do it by hand.  Perhaps.  I have  03:19:51
12      not done that.                         03:19:54
13          Q.     All right.                  03:20:03
14              Let me ask you about, we talked  03:20:04
15      earlier about market competition.  Remember  03:20:23
16      we were talking about market competition  03:20:25
17      being a supply side factor that you   03:20:27
18      considered in your conjoint; correct?  03:20:29
19          A.     Yes.                        03:20:36
20          Q.     Okay.                       03:20:36
21              And what I'm going to ask you,  03:20:36
22      your conjoint does not model competitor's  03:20:39
23      reactions to the natural claim being taken  03:20:56
24      off, in other words, whatever change in  03:20:59
25      price or change in quantity might take place  03:21:03
```

CONFIDENTIAL

Page 225

                    Dennis - Confidential

 1

 2      in a world where the change in price and      03:21:05

 3      change in quantity of competitor products     03:21:10

 4      would have been if the natural claim were      03:21:14

 5      taken off the label; right?                    03:21:19

 6          A.      Well, the obvious reason I do       03:21:21

 7      not model in competitor reactions is that     03:21:24

 8      all these sales took place in the past, so    03:21:27

 9      competitors do not have an opportunity to     03:21:30

10      rewrite history or, for that matter,          03:21:35

11      defendants do not have the opportunity to     03:21:39

12      rewrite history.  All these sales happened    03:21:41

13      in the past.  It's irrelevant how             03:21:45

14      competitors would react to this change in     03:21:46

15      the defendants marketing not using this       03:21:51

16      alleged misrepresentation.                    03:21:53

17          Q.      And I fully appreciate that.       03:21:58

18      You and I have had this discussion before,    03:22:00

19      and I understand your point and Mr. Weir's    03:22:03

20      about past price and past quantity -- well,   03:22:06

21      past quantity being fixed as a matter of      03:22:12

22      history as I think both of you call it;       03:22:14

23      right?                                         03:22:16

24          A.      That's right.  The sales are a     03:22:19

25      matter of history.                            03:22:22

Page 226

Dennis - Confidential

1

2      Q.     Right.  So, you know, we have        03:22:23

3      a -- your side and mine have a disagreement   03:22:24

4      about this topic because I understand you     03:22:27

5      don't think it's appropriate to consider      03:22:29

6      changes -- competitor changes or competitive  03:22:31

7      reactions in the but for world, but I just     03:22:33

8      want to be clear for the record about, you     03:22:41

9      know, what scenarios you did or didn't take    03:22:43

10     into account in the conjoint as you designed   03:22:45

11     it.  Okay?                                     03:22:48

12     A.     That's fair.                            03:22:48

13     Q.     So where, in the but for world         03:22:49

14     where Tom removes the natural claim --         03:22:51

15     A.     Right.                                  03:23:00

16     Q.     -- from its packaging for              03:23:00

17     toothpaste and deodorant, one possible         03:23:03

18     hypothetical scenario in my scenario is what   03:23:05

19     is posited by your survey, which is that       03:23:08

20     Tom's lowers its prices; right?  Because the   03:23:15

21     natural label is now gone.  Are we following   03:23:17

22     each other?                                    03:23:19

23     A.     I am.                                   03:23:20

24     Q.     Okay.                                   03:23:24

25            Now, in that instance, one             03:23:25

CONFIDENTIAL

Page 227

1                    Dennis - Confidential

2      possible competitor reaction is that          03:23:27

3      competitors just keep their prices the same;   03:23:28

4      right?                                         03:23:30

5          A.     That's -- yes.  So we're talking    03:23:32

6      about -- I mean, obviously this is -- we       03:23:37

7      have different paradigms here, counsel.        03:23:39

8      You're talking about history taking a          03:23:42

9      different path than it could have.             03:23:45

10         Q.     Right.  And that's what I'm          03:23:49

11     asking about.  So live in my hypothetical      03:23:50

12     for a moment.  Okay?  So as your survey        03:23:53

13     posits, natural claim is gone, Tom's lowers    03:23:56

14     its prices, one competitive reaction could     03:23:59

15     be competitors keep their prices the same?     03:24:01

16         A.     Okay.                               03:24:17

17         Q.     Now, in that instance, some of      03:24:17

18     the competitors might stick with Tom's         03:24:19

19     because Tom's is cheaper relative to the       03:24:20

20     competition; fair?                             03:24:22

21                MS. WESTCOT:  Objection to form.    03:24:25

22         A.     I mean, some might switch over      03:24:26

23     to the new brands that lowered their -- you    03:24:27

24     said that in your scenario, the competitors    03:24:29

25     kept their price the same?                     03:24:32

CONFIDENTIAL

Page 228

Dennis - Confidential

1

2      Q.      That's right.                          03:24:33

3      A.      And in my model's predicting           03:24:34

4   that Tom's had to make that price reduction       03:24:37

5   in order to be competitive.                       03:24:43

6      Q.      That's right.                           03:24:44

7              And my question is if the              03:24:44

8   competitor -- one -- we have established one      03:24:47

9   scenario is the competitors keep their           03:24:49

10  prices the same, right, because they've got      03:24:51

11  what people think to be the natural product,     03:24:53

12  actual natural product; right?                    03:24:55

13     A.      Okay.                                   03:24:57

14     Q.      So one thing that could happen        03:25:08

15  is, as we've posited some, Tom's consumers        03:25:11

16  might stick with Tom's because Tom's is now       03:25:13

17  cheaper; right?                                    03:25:17

18     A.      Well, the model is predicting         03:25:17

19  that's the market clearing price in the          03:25:20

20  scenario where Tom's is not using the            03:25:21

21  natural claim, that there would be a price       03:25:23

22  reduction.                                         03:25:26

23     Q.      Right.                                  03:25:27

24             And some consumers as a result        03:25:27

25  might still stick with Tom's because it's        03:25:29

                                              Page 229

1                    Dennis - Confidential

2          now cheaper; right?  Some.               03:25:31

3                    MS. WESTCOT:  Objection to form.  03:25:33

4          Calls for speculation.                   03:25:36

5          A.     Yeah, I mean, it's -- the model   03:25:37

6          built is making a prediction on the market  03:25:39

7          clearing price.  It's not making a       03:25:41

8          prediction on the composition of those -- -  03:25:43

9          of the actual consumers.                 03:25:54

10         Q.     Sure.  And I'm getting to that.   03:25:54

11                 Another -- another possibility    03:25:56

12         is I think the one you just posited, which  03:25:57

13         is that some consumers leave Tom's, right,  03:26:01

14         Tom's gets fewer sales from them because  03:26:04

15         they're willing to pay more for the now more  03:26:04

16         expensive natural competitor products;   03:26:09

17         right?                                    03:26:12

18                 MS. WESTCOT:  Objection to form.  03:26:12

19         Calls for speculation.                   03:26:13

20         A.     Yeah, it's all hypothetically     03:26:13

21         speaking.                                 03:26:15

22         Q.     But that's a possibility, is it    03:26:17

23         not?                                      03:26:18

24         A.     There are a lot --               03:26:19

25                 MS. WESTCOT:  Objection to form.  03:26:21

CONFIDENTIAL

Page 230

1              Dennis - Confidential

2        Calls for speculation.                    03:26:21

3        A.      There are a lot of                03:26:22

4   possibilities.  It's all speculation.          03:26:23

5        Q.      I'm asking you if this is one of   03:26:25

6   them.                                           03:26:26

7              MS. WESTCOT:  Same objections.       03:26:27

8        A.      Well, it's hard to rule out, you   03:26:27

9   know, possibilities here.  I mean, all these    03:26:29

10  things are possible.  I mean, the way           03:26:33

11  scientists work is we -- we'll tolerate the     03:26:35

12  consideration of lots of different             03:26:39

13  possibilities because we don't have data to     03:26:44

14  say that it's impossible for a scenario to      03:26:46

15  occur, so these are -- these are              03:26:48

16  hypotheticals, of course, you're offering,      03:26:50

17  and I'm -- it would be foolish for me to        03:26:51

18  just reject them out of hand as               03:26:53

19  possibilities.                                  03:26:57

20       Q.      Okay.  I appreciate that.          03:26:57

21              Let me give you one other          03:26:58

22  possibility.  Some consumers might switch to    03:27:00

23  Tom's who weren't buying Tom's before           03:27:02

24  because there is a new lower price for          03:27:08

25  Tom's; right?  Possible?                        03:27:10

CONFIDENTIAL

Page 231

Dennis - Confidential

1

2          MS. WESTCOT:  Objection to form.    03:27:13

3     Calls for speculation.                  03:27:14

4          A.    I don't know.  I don't know what  03:27:14

5     would happen.  These are all sales that  03:27:16

6     happened in the past, but I'm trying to buy  03:27:17

7     into your -- your paradigm.              03:27:19

8          Q.    Right.                        03:27:21

9               And so my point is the conjoint  03:27:34

10    that you designed, it's not designed to tell  03:27:35

11    us what happens in the various scenarios I  03:27:38

12    just painted for you, right, how many       03:27:40

13    consumers Tom's loses, how many it gains,   03:27:42

14    what competitors ends up doing to their     03:27:44

15    pricing and their quantity if they're       03:27:47

16    willing to sell; correct?                   03:27:49

17          MS. WESTCOT:  Objection to form.    03:27:50

18    Vague.  Compound.                         03:27:51

19          A.    I've been very clear what this  03:27:52

20    analysis actually does.  It establishes a  03:27:53

21    market clearing price for the product      03:28:01

22    without the misrepresentation on it, and,  03:28:02

23    you know, and estimating that price premium  03:28:04

24    in an undifferentiated way.  It's agnostic  03:28:09

25    on which subgroups of consumers would       03:28:11

CONFIDENTIAL

Page 232

1              Dennis - Confidential

2      benefit and those that would not.  It's        03:28:15

3      assuming that the price would just be lower     03:28:18

4      by a certain discount if defendants did not     03:28:28

5      have this misrepresentation on their products.  03:28:30

6          Q.    That Tom's prices would be           03:28:32

7      lower?                                          03:28:33

8          A.    That's right.                        03:28:33

9          Q.    It doesn't model what               03:28:34

10     competitors might do to their pricing if       03:28:35

11     Tom's prices were lower; right?                03:28:39

12         A.    That's right, but, again, we are    03:28:47

13     in different worlds, different paradigms       03:28:48

14     here.  I have explained and I think you       03:28:50

15     understand how the price premium analyses     03:28:52

16     were applied in my report and then Mr. Weir's 03:29:00

17     presumably.  It is all being applied to       03:29:02

18     transactions that have already occurred, so   03:29:04

19     the assumption is that there's no second      03:29:06

20     chances here for defendants to react in a     03:29:08

21     different way or, for that matter, for        03:29:11

22     competitors to change their pricing tactics   03:29:14

23     and strategies because the transaction's      03:29:17

24     already happened.                             03:29:20

25         Q.    I fully understand that,            03:29:27

CONFIDENTIAL

Page 233

Dennis - Confidential

| 1 |  | Dr. Dennis, just stick with me for a second | 03:29:28 |
| 2 | because we are in different paradigms and I | 03:29:30 |
| 3 | am asking you questions about my paradigm | 03:29:32 |
| 4 | and to what extent the conjoint can account | 03:29:34 |
| 5 | for what happens in my paradigm or not. | 03:29:39 |
| 6 | Okay? | 03:29:41 |

1              Dr. Dennis, just stick with me for a second       03:29:28
2         because we are in different paradigms and I          03:29:30
3         am asking you questions about my paradigm            03:29:32
4         and to what extent the conjoint can account          03:29:34
5         for what happens in my paradigm or not.              03:29:39
6
7         Okay?                                                03:29:41
8                   In the situation, again, we're             03:29:42
9         still in the scenario where Tom's has                03:29:44
10        lowered its prices, no longer has the                03:29:46
11        natural claim, there's a scenario in which           03:29:49
12        competitors might lower their prices.  Your          03:29:54
13        conjoint doesn't model that scenario either,         03:29:56
14        correct?                                             03:29:58
15                  MS. WESTCOT:  Objection to form.           03:29:58
16             A.    No, I mean, we can make this              03:29:59
17        very simple.  Right?  I mean, strategic              03:30:01
18        behavior by Tom's for that matter or by its          03:30:03
19        competitors by virtue of the paradigm                03:30:08
20        selected here of using historical                    03:30:15
21        transactions, strategic behavior like that           03:30:17
22        is not modeled for, it's not appropriate in          03:30:19
23        my view to model competitors' reactions for          03:30:22
24        sales that have already occurred.  Could the         03:30:31
25        analyses you're talking about be done?  I            03:30:33

CONFIDENTIAL

Page 234

1                  Dennis - Confidential

2          think that it's, in my own view, not the          03:30:35

3          appropriate analyses to do.                       03:30:37

4               Q.    So I think perhaps -- I think          03:30:45

5          we're, you know, I think we're understanding      03:30:47

6          each other, so maybe to cut to the chase          03:30:48

7          here, the conjoint, for the reasons you've        03:30:50

8          already explained, your conjoint analysis         03:30:52

9          does not model, take into account scenarios       03:30:54

10         in which Tom's lowers its prices and that         03:30:56

11         has an effect on competitors and we lower         03:31:07

12         their prices, keep their prices the same,         03:31:09

13         raise their prices does not model that;           03:31:11

14         correct?                                          03:31:14

15              MS. WESTCOT:  Objection to form.             03:31:18

16            Vague.  Compound.  Assumes facts not in        03:31:19

17            evidence.  Asked and answered.                 03:31:21

18              A.    Yeah, I think I've been very           03:31:22

19         clear on this.  It -- what's really               03:31:24

20         important here from my point of view,             03:31:28

21         counsel, it's not a question of whether the       03:31:30

22         strategic behavior should be modeled and          03:31:38

23         taken into account -- let me put it this          03:31:40

24         way.  That is the question, is about whether      03:31:46

25         to take into account those, and it's my           03:31:48

CONFIDENTIAL

Page 235

1                    Dennis - Confidential

2           opinion that it's inappropriate to deliver        03:31:51

3           in this case to Mr. Weir a market clearing        03:31:59

4           price that acts as if plaintiff --               03:32:02

5           defendants had another opportunity to alter      03:32:08

6           their behavior or for competitors to react       03:32:12

7           to this lower price.  The fact is that           03:32:15

8           defendants, according to at least my survey,     03:32:20

9           have been able to acquire a financial            03:32:23

10          advantage over time as a result of having        03:32:26

11          this misrepresentation on the products, and      03:32:30

12          that cannot be undone.                           03:32:32

13                Q.    All right.  I totally understand     03:32:35

14          your explanation; right?  I get it.  I'm         03:32:37

15          asking you in my but for world where market      03:32:41

16          participants, including Tom's, and including     03:32:45

17          its competitors, are able to make different      03:32:48

18          decisions with Tom's having taken off            03:32:52

19          natural from its label, my question is:          03:32:56

20          Your model does not account for the scenario     03:33:01

21          where Tom's lowers its prices and the            03:33:07

22          competitors maybe adjust their prices or         03:33:11

23          their quantities sold in response and tell       03:33:13

24          us which consumers go where and pay what         03:33:17

25          price; right?                                    03:33:23

CONFIDENTIAL

Page 236

1              Dennis - Confidential

2              MS. WESTCOT:  Objection to form.    03:33:24

3         Compound.  Asked and answered.  Assumes    03:33:26

4         facts not in evidence.                     03:33:28

5              A.    I've already stated that I think    03:33:39

6    it's inappropriate to build in those        03:33:41

7    strategic behavior changes that could have    03:33:43

8    occurred in the past, but to answer your    03:33:45

9    question, counsel, honestly I feel like I    03:33:47

10   have been straightforward in saying that    03:33:49

11   price premium analyses I did not attempt to    03:33:58

12   model competitors' reactions to Tom's having    03:34:00

13   a lower price point.  I don't think I can be    03:34:03

14   clearer on that.  What I've been trying to    03:34:06

15   do is be clear on the record as to why that    03:34:07

16   decision was made.                          03:34:09

17             Q.    Okay, I appreciate that, and if    03:34:15

18   I were to posit to you that Tom's might have    03:34:31

19   kept its prices the same as well and then    03:34:33

20   competitors might have reacted in that    03:34:35

21   scenario, that's not something, that sort of    03:34:37

22   competitors' reaction is not modeled in your    03:34:43

23   conjoint either; correct?                    03:34:46

24             MS. WESTCOT:  Objection to form.    03:34:49

25        Vague.  Compound.  Calls for             03:34:51

CONFIDENTIAL

Page 237

```
 1              Dennis - Confidential
 2         speculation.                      03:34:52
 3         A.     I think all my previous answers  03:34:59
 4    apply to the same scenario you just gave me  03:35:01
 5    for the same reasons.                  03:35:03
 6         Q.     So not modeled in your conjoint  03:35:04
 7    for all the reasons you stated?        03:35:06
 8         A.     Yes.  I hope the record could be  03:35:07
 9    clear on the reasoning why these strategic  03:35:09
10    behaviors are not modeled for sales that  03:35:15
11    already happened.                      03:35:17
12         Q.     Could we turn back to your     03:35:26
13    report, please.                        03:35:27
14         A.     Sure.                       03:35:28
15         Q.     And maybe you can help me pull  03:35:49
16    these up.  Bear with me one second.  Are the  03:35:51
17    McMorrow and Fitzhenry listed on your CV at  03:36:19
18    Attachment A?                          03:36:24
19         A.     I'm not sure about Fitzhenry.  03:36:25
20    That's Canada Dry, I think; right?  I think  03:36:26
21    that one might have been more than four  03:36:34
22    years ago, but I can look at my report.  03:36:36
23              I do see McMorrow in my CV.    03:37:16
24         Q.     Mm-hmm.                     03:37:20
25         A.     I think Fitzhenry --        03:37:40
```

CONFIDENTIAL

Page 264

Dennis - Confidential

1

2      it just depends on how memorable and salient     04:09:19

3      the purchase is.  So hopefully that helps        04:09:22

4      answer your question, counsel.                   04:09:27

5          Q.     I appreciate that, Dr. Dennis.        04:09:31

6                 And then the last thing counsel       04:09:34

7      asked you about was whether you thought          04:09:36

8      there would be any difference in your survey     04:09:38

9      results if you limited your survey               04:09:40

10     population to those who had first purchased      04:09:44

11     in the last 12 months versus those who may       04:09:49

12     have purchased in the last 12 months, but        04:09:52

13     also purchased prior to the last 12 months.      04:09:54

14                Do you recall that testimony you      04:09:56

15     just gave?                                       04:09:57

16         A.     I do.                                 04:09:58

17         Q.     Okay.                                 04:10:03

18                My question is:  You have not         04:10:04

19     actually studied, you have not actually          04:10:06

20     compared the purchase preferences of the         04:10:08

21     folks who purchased for the first time in        04:10:13

22     the last 12 months versus the longer term        04:10:14

23     purchasers of these products; correct?  You      04:10:19

24     didn't study that?                               04:10:22

25                MS. WESTCOT:  Objection to form.      04:10:23

Page 265

Dennis - Confidential

1

2          A.     I have not yet conducted those        04:10:26

3     analyses.  I was basing my answer, counsel,    04:10:27

4     on 25 plus years of running cross-tabulations   04:10:31

5     on survey results and trying to find            04:10:35

6     instances where the survey results differ as    04:10:38

7     a result of subgroups that I'm analyzing,       04:10:42

8     and I was relying on my experience in doing     04:10:45

9     those kinds of cross-tabulations and            04:10:48

10    segmentation analyses of consumers when the    04:10:51

11    research question involves a nationally         04:10:59

12    marketed good like a toothpaste or a            04:11:01

13    deodorant product.                              04:11:03

14         Q.     Are you aware, Dr. Dennis, that      04:11:05

15    there have been label changes to the very       04:11:07

16    products -- some of the very products at        04:11:09

17    issue in this case over the past 24 months?     04:11:11

18    Were you aware of that?                          04:11:13

19              MS. WESTCOT:  Objection.               04:11:15

20         Outside the scope of the redirect.          04:11:16

21         A.     I have some awareness of that,        04:11:22

22    but not a deep awareness.                        04:11:25

23         Q.     What are you aware of?                04:11:27

24              MS. WESTCOT:  Same objection.           04:11:31

25         Mr. Lazitan, these questions were not       04:11:32

Page 266

Dennis - Confidential

1

2          asked on redirect.  This is a whole          04:11:34

3          other area that you're opening up now        04:11:36

4          which is improper.                           04:11:38

5          Q.    What is your awareness?                04:11:38

6                MS. WESTCOT:  Same objection.          04:11:42

7          Are you going to continue with               04:11:42

8          questions outside the scope of the           04:11:43

9          redirect?                                    04:11:44

10               MR. LAZATIN:  It's not outside         04:11:46

11         the scope --                                 04:11:47

12               MS. WESTCOT:  I did not ask            04:11:48

13         about --                                     04:11:49

14               MR. LAZATIN:  -- of the               04:11:51

15         redirect.  Okay?  You asked him about        04:11:52

16         his assessment of what might change in       04:11:54

17         a survey to change the pool of people        04:11:58

18         who are being surveyed, and this is          04:12:01

19         something that bears materially on that      04:12:03

20         pool of people.  It's not outside the        04:12:04

21         scope.                                       04:12:08

22         Q.    Dr. Dennis, would you go ahead         04:12:08

23    and answer my question, please.  What do you      04:12:09

24    understand about labeling changes that            04:12:11

25    occurred on these products in the last 24         04:12:12

CONFIDENTIAL

Page 267

1              Dennis - Confidential

2       months?                                    04:12:14

3                   MS. WESTCOT:  I'm going to make    04:12:15

4           the same objection for the record.  If    04:12:16

5           you could please not interrupt my         04:12:17

6           objection.  This is outside the scope     04:12:19

7           of the redirect.  I will allow the        04:12:20

8           witness to answer, but this is outside    04:12:22

9           the scope of my questioning,              04:12:24

10          questioning regarding package changes.    04:12:25

11          A.    Like I said, counsel, I do not      04:12:29

12      have a deep understanding.  The extent of my  04:12:31

13      knowledge has been that there's been some     04:12:34

14      label changes recently.  That's all I know.   04:12:38

15          Q.    Thank you very much for your        04:12:43

16      time, Dr. Dennis.  That's all I have.         04:12:44

17          A.    Thank you.                          04:12:46

18                  MS. WESTCOT:  Nothing further     04:12:47

19          from the plaintiffs.  Thank you,          04:12:48

20          Dr. Dennis.                               04:12:49

21                  THE WITNESS:  Thank you.          04:12:50

22                  THE VIDEOGRAPHER:  We are off     04:12:50

23          the record at 4:12 p.m. and this          04:12:51

24          concludes today's testimony given by      04:12:53

25          Dr. Michael Dennis.  The total number     04:12:55

CONFIDENTIAL

Page 268

1           Dennis - Confidential

2       of media units used was six and will be      04:12:57

3       retained by Veritext Legal Solutions.        04:13:02

4           MR. LAZATIN:  Thank you.  What           04:13:07

5       was our time count, just --                  04:13:08

6           THE VIDEOGRAPHER:  Stand by and          04:13:11

7       I will get it for you right now.             04:13:11

8           (Time noted:  4:13 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 274

1                    Confidential
2              C E R T I F I C A T E
3       STATE OF NEW YORK       )
4                              ) ss.:
5       COUNTY OF NASSAU        )
6              I, ROBIN LaFEMINA, a Registered
7       Professional Reporter, Certified LiveNote
8       Reporter and Notary Public, do hereby
9       certify:
10             That DR. MICHAEL DENNIS, the
11      witness whose deposition is hereinbefore set
12      forth, was duly sworn by me and that such
13      deposition is a true record of the testimony
14      given by such witness.
15             I further certify that I am not
16      related to any of the parties to this action
17      by blood or marriage; and that I am in no
18      way interested in the outcome of this matter.
19             IN WITNESS WHEREOF, I have
20      hereunto set my hand this 20th day of September,
21      2022.
22
23
24
                    ROBIN LaFEMINA
25