# EXHIBIT 3

**Appendix G: Toothpaste Survey Data Listing**

| ID | Q4 | Q5 | sVersion | StartTime | EndTime | Q1/Q2Code | Q4DK |
|----|----|----|----------|-----------|---------|-----------|------|
| 5 | it is natural and highly effective for use | 1 | C | 7/13/2022 14:57 | 7/13/2022 15:31 | 1 | |
| 7 | "some" natural ingredients. | 2 | C | 7/13/2022 14:57 | 7/13/2022 14:59 | 1 | |
| 12 | natural taste with fresh spearmint | 1 | C | 7/13/2022 14:57 | 7/13/2022 15:01 | 1 | |
| 14 | it said natural on the package | 1 | T | 7/13/2022 14:58 | 7/13/2022 15:00 | 1 | |
| 16 | Did not use any animal product and green mint on the package | 1 | T | 7/13/2022 14:58 | 7/13/2022 15:06 | 1 | |
| 18 | It does not have any added sugar or artificial flavors and is not tested on animals. | 1 | T | 7/13/2022 14:58 | 7/13/2022 15:04 | 1 | |
| 26 | Indicates natural | 1 | T | 7/13/2022 14:58 | 7/13/2022 15:01 | 1 | |
| 32 | The ingredients listed indicated the product is natural. | 1 | T | 7/13/2022 14:59 | 7/13/2022 15:04 | 1 | |
| 40 | It openly communicated that it's "mostly" natural, kind of as a joke? | 2 | C | 7/13/2022 15:01 | 7/13/2022 15:35 | 1 | |
| 46 | It contains some natural products | 2 | C | 7/13/2022 15:02 | 7/13/2022 15:06 | 1 | |
| 57 | it said it was natural | 1 | C | 7/13/2022 15:04 | 7/13/2022 15:14 | 1 | |
| 59 | It said that it was natural toothpaste. | 1 | C | 7/13/2022 15:04 | 7/13/2022 15:28 | 2 | |
| 69 | | | C | 7/13/2022 15:27 | 7/13/2022 15:30 | 2 | |
| 70 | it just looked natural and earthy | 5 | C | 7/13/2022 15:27 | 7/13/2022 15:32 | 1 | |

**Appendix G: Toothpaste Survey Data Listing**

| ID | Q4 | Q5 | sVersion | StartTime | EndTime | Q1/Q2Code | Q4DK |
|----|----|----|----------|-----------|---------|-----------|------|
| 240 | the package stated that the toothpaste was natural | 1 | T | 7/13/2022 16:33 | 7/13/2022 16:36 | 1 | |
| 241 | the brand and it says natural | 1 | T | 7/13/2022 16:33 | 7/13/2022 16:36 | 1 | |
| 243 | The product does not contain artificial ingredients. | 1 | T | 7/13/2022 16:33 | 7/13/2022 16:36 | 1 | |
| 246 | On the packaging, it says Natural ingredients as well as saying the flavor of the paste. | 2 | C | 7/13/2022 16:34 | 7/13/2022 16:48 | 1 | |
| 249 | that it was natural | 1 | C | 7/13/2022 16:34 | 7/13/2022 16:42 | 1 | |
| 256 | It is natural | 1 | C | 7/13/2022 16:48 | 7/13/2022 16:51 | 1 | |
| 257 | Yes it did communicate that it was a natural product however it did communicate that it also included artificial ingredients which made the overall communication a bit confusing. | 2 | C | 7/13/2022 17:00 | 7/13/2022 17:06 | 1 | |
| 258 | it communicates that it's a natural toothpaste | 2 | C | 7/13/2022 17:00 | 7/13/2022 17:03 | 1 | |
| 264 | says natural | 1 | T | 7/13/2022 17:01 | 7/13/2022 17:05 | 1 | |
| 266 | No animal testing, recyclable | 2 | C | 7/13/2022 17:01 | 7/13/2022 17:07 | 2 | |
| 271 | said natural somewhere | 1 | C | 7/13/2022 17:02 | 7/13/2022 17:04 | 1 | |
| 276 | certified organic | 1 | T | 7/13/2022 17:03 | 7/13/2022 17:07 | 1 | |
| 280 | It said natural in the top right corner of the label | 1 | T | 7/13/2022 17:03 | 7/13/2022 17:08 | 1 | |
| 285 | Don't know | 1 | C | 7/13/2022 17:04 | 7/13/2022 17:07 | 2 | 1 |
| 287 | On the wording and the use of simple color of green and white | 2 | C | 7/13/2022 17:04 | 7/13/2022 17:08 | 1 | |
| 289 | clean and natural | 2 | C | 7/13/2022 17:04 | 7/13/2022 17:14 | 2 | |
| 291 | that it is wicked | 2 | C | 7/13/2022 17:05 | 7/13/2022 17:08 | 1 | |

**Appendix G: Toothpaste Survey Data Listing**

| ID | Qs7X | Qs7Word | Qs8 | Q0 | Q1 | Q2 | Q3 |
|---|---|---|---|---|---|---|---|
| 1341 | Quality | quality | 1 | 1 | The main message communicated was the quality of the product. | No other messages | 1 |
| 1345 | quality | quality | 1 | 1 | That the toothpaste is 'wicked fresh' which I assume means minty | That this is a natural toothpaste | 1 |
| 1348 | question | question | 1 | 1 | Tom's is a great and natural toothpaste | No other messages | 1 |
| 1358 | quality | quality | 1 | 1 | Tom's brand toothpaste. Contains fluoride. Contains some natural ingredients. No animal testing. Please recycle package. | No animal testing. Please recycle package. | 1 |
| 1364 | Check | check | 1 | 1 | Natural | No other messages | 1 |
| 1368 | quality | quality | 1 | 1 | It is natural but still keeps your breath fresh while cleaning teeth. | Does have fluoride. | 1 |
| 1369 | survey | survey | 1 | 1 | natural, fights cavities | minty | 1 |
| 1373 | survey | survey | 1 | 1 | toothpaste deodorant with flouride. fresh taste | No other messages | 1 |
| 1374 | survey | survey | 1 | 1 | Tom's toothpaste is natural and Wicked Fresh | minty taste. | 1 |
| 1377 | quality | quality | 1 | 1 | natural with flouride | No other messages | 1 |
| 1380 | survey | survey | 1 | 1 | Tom's Natural toothpaste is coming out with a Wicked Fresh flavor and has new packaging. | It's a natural toothpaste and has a Wicked Fresh flavor | 1 |
| 1381 | question | question | 1 | 1 | Toms toothpaste | No other messages | 1 |
| 1386 | question | question | 1 | 1 | The message is that Tom's toothpaste is adding a flavor called wicked fresh. IT is a natural toothpaste. | it has all the features of a traditional toothpaste. cleans protects. | 1 |
| 1389 | question | question | 1 | 1 | anti-cavity toothpaste with some natural ingredients | not tested on animals, 12 days of employee time given to volunteering and 10% of profit goes to charity | 1 |
| 1392 | Check | check | 1 | 1 | Toms toothpaste | Wicked paate | 1 |
| 1396 | survey | survey | 1 | 1 | Toms Wicked toothpaste | Natural toothpaste. | 1 |
| 1403 | check | check | 1 | 1 | That Tom's Wicked Fresh is a natural toothpaste. | No other messages | 1 |

**Appendix G: Toothpaste Survey Data Listing**

| ID | Qs7X | Qs7Word | Qs8 | Q0 | Q1 | Q2 | Q3 |
|---|---|---|---|---|---|---|---|
| 1484 | Survey | survey | 1 | 1 | That Toms contains natural ingredients, but not natural ingredients only. | That natural needs to include how a product is made. | 1 |
| 1485 | survey | survey | 1 | 1 | it has natural ingredients | No other messages | 1 |
| 1492 | quality | quality | 1 | 1 | That toms is natural toothpaste with certain ingrdients | That toms is betterfor you | 1 |
| 1497 | question | question | 1 | 1 | fresh mint and all natural tooth paste. | Toms is the name of this product. | 1 |
| 1499 | question | question | 1 | 1 | this is a natural toothpaste that has a mint flavor. | It has a mint flavor and has floride | 1 |
| 1501 | quality | quality | 1 | 1 | Tom's of Maine, tooth paste with natural fluoride is good for you and doesn't test on animals. is sustainable and uses recycled mateerials. | Tom's doesn't test product on animals, is sustainable, uses natural fluoride, and uses recycled materials | 1 |
| 1502 | Survey | survey | 1 | 1 | Wicked fresh toothpaste by Tom's | It's all natural | 1 |
| 1504 | question | question | 1 | 1 | fresh | clean | 1 |
| 1509 | survey | survey | 1 | 1 | Don't know | | 1 |
| 1511 | survey | survey | 1 | 1 | Tom's toothpaste is made with natural ingriedients | Better for your teeth than regular toothpaste | 3 |
| 1514 | check | check | 1 | 1 | it was for Toms toothpaste | not sure | 3 |
| 1524 | question | question | 1 | 1 | It's natural toothpaste | it's environment friendly | 1 |
| 1528 | question | question | 1 | 1 | Don't know | | 3 |
| 1532 | question | question | 1 | 1 | Tom's toothpaste is natural | No other messages | 1 |
| 1546 | question | question | 1 | 1 | It would gives us the freshest toothpaste possible | No other messages | 3 |
| 1548 | survey | survey | 1 | 1 | This brand would be the better option because it provides fluoride and gives off a great mint taste which will leave your breath smelling fresh. | This product will help with having better oral habits and protects for better oral care. | 1 |

| ID | Qs7X | Qs7Word | Qs8 | Q0 | Q1 | Q2 | Q3 |
|---|---|---|---|---|---|---|---|
| 66 | check | check | 1 | 1 | Natural deodorant, floral scent | Toms of Maine | 1 |
| 67 | question | question | 1 | 1 | It's a natural deodorant sold by Tom's | No other messages | 1 |
| 68 | check | check | 1 | 1 | Tom's natural deodorant is concerned with letting consumers know that they control every aspect of the manufacturing process of their product to ensure that it is done sustainably and with care for customers who are serious about a really natural, sustainable deodorant product. | I think my previous comments covered it all broadly, but they did go into details that I don't completely remember. I felt confident that they are serious about ensuring that their product is natural, non-toxic, and sustainable. | 1 |
| 70 | check | check | 1 | 1 | great product | No other messages | 1 |
| 73 | check | check | 1 | 1 | no aluminum with nature ingredient. | No other messages | 1 |
| 74 | survey | survey | 1 | 1 | Deodorant | Forest | 1 |
| 81 | check | check | 1 | 1 | natural Tom's deodorant and its benefits | No other messages | 1 |
| 83 | quality | quality | 1 | 1 | aluminum free | No other messages | 1 |
| 84 | survey | survey | 1 | 1 | No Aluminum long lasting protection, natural ingredients | effective deodorant with all natural ingredients. safe and effective | 1 |
| 86 | quality | quality | 1 | 1 | Tom's deodorant uses natural ingredients. | It's natural and has a floral smell. | 1 |
| 90 | survey | survey | 1 | 1 | this looks like a simple and natural deodorant | that this is simple and natural | 1 |
| 100 | quality | quality | 1 | 1 | Contains some natural ingredients | Cruelty free | 1 |
| 101 | question | question | 1 | 1 | that is was a natural ingredient filled deodorant | eco friendly and made with natural ingredients | 1 |
| 104 | survey | survey | 1 | 1 | It was natural and free of aluminum. | It contains propylene glycol which is not a good ingredient to have in a product that is supposed to be good for your health. | 1 |
| 105 | question | question | 1 | 1 | I liked this deorderant | No other messages | 1 |
| 106 | check | check | 1 | 1 | It's long lasting and natural. | No other messages | 1 |

**Appendix H: Deodorant Survey Data Listing**

| ID | Q4 | Q5 | sVersion | StartTime | EndTime | Q1/Q2Code | Q4DK |
|----|----|----|----------|-----------|---------|-----------|------|
| 66 | It said it was natural | 1 | T | 7/13/2022 15:18 | 7/13/2022 15:20 | 1 | |
| 67 | It literally said 'natural' | 2 | T | 7/13/2022 15:18 | 7/13/2022 15:24 | 1 | |
| 68 | The product went into some detail about the manufacturing and transparency process of making their deodorant to ensure it is natural. | 1 | T | 7/13/2022 15:19 | 7/13/2022 15:23 | 1 | |
| 70 | natural ingredients | 1 | T | 7/13/2022 15:19 | 7/13/2022 15:20 | 2 | |
| 73 | only nature ingredient used | 1 | C | 7/13/2022 15:19 | 7/13/2022 15:22 | 1 | |
| 74 | It said natural | 1 | C | 7/13/2022 15:19 | 7/13/2022 15:21 | 2 | |
| 81 | It mentioned on the front and back that the product is natural | 1 | C | 7/13/2022 15:21 | 7/13/2022 15:28 | 1 | |
| 83 | natural | 1 | T | 7/13/2022 15:21 | 7/13/2022 15:28 | 2 | |
| 84 | says it is natural ingredients on the packing label and in the description on the back | 1 | T | 7/13/2022 15:21 | 7/13/2022 15:26 | 1 | |
| 86 | It communicated that it didn't use aluminum. | 2 | C | 7/13/2022 15:22 | 7/13/2022 15:29 | 1 | |
| 90 | this is easy and natural | 1 | C | 7/13/2022 15:46 | 7/13/2022 15:48 | 1 | |
| 100 | Includes some natural ingredients | 1 | C | 7/13/2022 15:48 | 7/13/2022 15:51 | 1 | |
| 101 | they mentioned where ingredients came from | 1 | C | 7/13/2022 15:48 | 7/13/2022 15:50 | 1 | |
| 104 | The ingredients list. | 2 | T | 7/13/2022 15:49 | 7/13/2022 15:53 | 1 | |
| 105 | I'm pretty sure it mentioned it was natrual | 2 | C | 7/13/2022 15:49 | 7/13/2022 15:57 | 2 | |
| 106 | The copy said it was natural and it contained no aluminum. | 1 | T | 7/13/2022 15:49 | 7/13/2022 15:54 | 1 | |

**Appendix H: Deodorant Survey Data Listing**

| ID | Qs7X | Qs7Word | Qs8 | Q0 | Q1 | Q2 | Q3 |
|----|------|---------|-----|----|----|----|----|
| 311 | survey | survey | 1 | 1 | Don't know | | 1 |
| 315 | check | check | 1 | 1 | Tom deodorant is made from all natural ingredients and doesn't contain anything artificial. | No other messages | 1 |
| 321 | survey | survey | 1 | 1 | No aluminum | 24 hour protection & natural | 1 |
| 333 | check | check | 1 | 1 | no aluminum | no odor | 1 |
| 344 | survey | survey | 1 | 1 | Tom's no Aluminum deodorant | it is a natural odor protection | 1 |
| 347 | survey | survey | 1 | 1 | The Toms brand deodorant Looks very good and appealing. | The package looks very good. The ingredients also are very good. | 2 |
| 348 | check | check | 1 | 1 | deodorant that contains some natural ingredients | 24 (?) hour protection | 1 |
| 352 | quality | quality | 1 | 1 | Tom's Natural deoderant - sustainable, recycled materials used for packaging, employees do volunteer work | No aluminum | 1 |
| 353 | CHECK | check | 1 | 1 | A NEW DEODORANT FOCUS ON ULTIMATE PROTECTION | IT IS A REVELANT AND USEFUL PRODUCT | 1 |
| 357 | quality | quality | 1 | 1 | Alost all natural ingredients. No aluminum included. | It was Tom's brand. | 1 |
| 366 | question | question | 1 | 1 | There's "some" natural ingredients. | There's only "some" natural ingredients. | 1 |
| 367 | survey | survey | 1 | 1 | Toms of Maine is a deodorant made with natural ingredients like aloe and hops, shows benefits of the product as not tested in animals, made with recycled plastic and has employees that helps in the community. | it is good for the body | 1 |
| 373 | check | check | 1 | 1 | natural, no aluminum, long lasting deodorant | natural, no harsh chemicals | 1 |
| 379 | Check | check | 1 | 1 | Toms deodorant was or is trying to portray that it is a natural deodorant | That this product was completely natural organic healthier | 1 |
| 381 | question | question | 1 | 1 | This product is clean and healthy | None | 1 |
| 385 | quality | quality | 1 | 1 | no aluminium | natural | 1 |