# EXHIBIT 7

Page 242

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
 4         I have read the foregoing
 5    transcript of my deposition and except
 6    for any corrections or changes noted on
 7    the errata sheet, I hereby subscribe to
 8    the transcript as an accurate record of
 9    the statements made by me.
10
11              _____
12                        BRIAN SOWERS
13
14
15    SUBSCRIBED AND SWORN before me
16    this 30 day of Sept_____, 2022
17
18              _____
19         NOTARY PUBLIC
20
21
22    My Commission Expires: Sept 19, 2025
23
24         CHRISTOPHER JOHN MERCIER
                 Notary Public
           COMMONWEALTH OF MASSACHUSETTS
              My Commission Expires
25              September 19, 2025
```

# ERRATA SHEET
## VERITEXT

CASE NAME: Anne De Lacour v. Colgate
DATE OF DEPOSITION: September 13, 2022
WITNESS'S NAME: Brian Sowers

| PAGE/LINE(s) | CHANGE | REASON |
|---|---|---|
| 23 / 5 | "pointed" to "outdated" | typo |
| 24 / 10 | "consistently ourselves versus" to "consistently competing against" | |
| 27 / 2 | "of kind" to "about the kind" | typo |
| 38 / 4-5 | "in courts" to "in the course of my work" | typo |
| 39 / 2 | "within" to "one" | typo |
| 39 / 12 | "where INTA" to "where INTA can" | typo |
| 43 / 6 | "I read" to "I have read" | typo |
| 44 / 11 | "I" to "I've" | typo |
| 45 / 21 | "I" to "I've" | typo |
| 56 / 19 | "element issue" to "element at issue" | typo |
| 58 / 11 | "Survey" to "Surveys" | typo |
| 62 / 3 | "would asking" to "would be asking" | typo |

_Brian M. Sowers_
BRIAN SOWERS

Subscribed and Sworn To Before Me This 30 Day of Sept., 2022.

_[Notary signature]_
Notary Public

My Commission Expires Sept 19, 2025

CHRISTOPHER JOHN MERCIER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
September 19, 2025

Page 245

ERRATA SHEET
VERITEXT

CASE NAME: Anne De Lacour v. Colgate
DATE OF DEPOSITION: September 13, 2022
WITNESS'S NAME: Brian Sowers

| PAGE / LINE(s) | CHANGE | REASON |
|---|---|---|
| 62 / 24 | "asked them" to "asking them" | typo |
| 76 / 13 | "was" to "worked" | typo |
| 76 / 15 | "pretest" to "pretests" | typo |
| 85 / 7 | "I" to "I've" | typo |
| 85 / 10 | "I" to "I've" | typo |
| 86 / 22 | "we" to "we've" | typo |
| 91 / 12 | "posted" to "hosted" | typo |
| 91 / 15 | "posted" to "hosted" | typo |
| 92 / 24 | "I" to "I've" | typo |
| 111 / 14 | "There is" to "There are" | typo |
| 111 / 25 | "Jacobi" to "Jacoby" | typo |
| 112 / 3 | "Jacobi" to "Jacoby" | typo |
| 113 / 8 | "and response" to "in response" | typo |
| 119 / 11 | "referenced guide survey research" to "reference guide on survey research" | |
| 120 / 2 | "of" to "on" | typo |
| 120 / 5 | "referenced" to "reference" | typo |
| 123 / 15 | "are" to "is" | typo |
| 124 / 5 | "qualify the" to "qualify based on the" | typo |
| 135 / 5 | "Jacobi's books" to "Jacoby's book" | typo |
| 145 / 2 | "statement" to "same" | typo |
| 147 / 3 | "the" to "your" | typo |

_Brian M. Sowers_
BRIAN SOWERS

Subscribed and Sworn To Before Me This 30 Day of Sept, 2022.

_Notary Public_

My Commission Expires Sept 19, 2025

CHRISTOPHER JOHN MERCIER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
September 19, 2025

Page 245

ERRATA SHEET
VERITEXT

CASE NAME: Anne De Lacour v. Colgate
DATE OF DEPOSITION: September 13, 2022
WITNESS'S NAME: Brian Sowers

| PAGE / LINE(s) | CHANGE | REASON |
|---|---|---|
| 62 / 24 | "asked them" to "asking them" | typo |
| 76 / 13 | "was" to "worked" | typo |
| 76 / 15 | "pretest" to "pretests" | typo |
| 85 / 7 | "I" to "I've" | typo |
| 85 / 10 | "I" to "I've" | typo |
| 86 / 22 | "we" to "we've" | typo |
| 91 / 12 | "posted" to "hosted" | typo |
| 91 / 15 | "posted" to "hosted" | typo |
| 92 / 24 | "I" to "I've" | typo |
| 111 / 14 | "There is" to "There are" | typo |
| 111 / 25 | "Jacobi" to "Jacoby" | typo |
| 112 / 3 | "Jacobi" to "Jacoby" | typo |
| 113 / 8 | "and response" to "in response" | typo |
| 119 / 11 | "referenced guide survey research" to "reference guide on survey research" | |
| 120 / 2 | "of" to "on" | typo |
| 120 / 5 | "referenced" to "reference" | typo |
| 123 / 15 | "are" to "is" | typo |
| 124 / 5 | "qualify the" to "qualify based on the" | typo |
| 135 / 5 | "Jacobi's books" to "Jacoby's book" | typo |
| 145 / 2 | "statement" to "same" | typo |
| 147 / 3 | "the" to "your" | typo |

_Brian M. Sowers_
BRIAN SOWERS

Subscribed and Sworn To Before Me This 30 Day of Sept, 2022.

_Notary Public_

My Commission Expires Sept 19, 2025

CHRISTOPHER JOHN MERCIER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
September 19, 2025

```
ERRATA SHEET
VERITEXT
CASE NAME:  Anne De Lacour v. Colgate
DATE OF DEPOSITION:  September 13, 2022
WITNESS'S NAME:  Brian Sowers
```

| PAGE/LINE(s) | CHANGE | REASON |
|---|---|---|
| 158 / 25 | "Kelly" to "Keller" | |
| 159 / 2 | "from Dr. Jacobi" to "and from Dr. Jacoby" | |
| 165 / 2 | "consumers" to "respondents" | |
| 165 / 14 | "away when" to "away a belief when" | |
| 177 / 4 | "brand" to "bran" | |
| 186 / 19 | DELETE "to test" | |
| 197 / 12 | DELETE "that's" | |
| 201 / 23 | "that they said" to "that I relied upon" | |
| 214 / 5 | "you're allowed a" to "that I relied upon" | |
| 216 / 21 | "Jacobi" to "Jacoby" | |
| 219 / 4 | "put" to "selected" | |
| 220 / 8 | "been" to "selected" | |
| 228 / 15 | "crafted up" to "created" | |
| 229 / 24 | DELETE "we" | |
| 232 / 3 | "a way" to "a long way" | |
| 232 / 12 | DELETE "not commercially viable" | |
| 233 / 22 | "but not" to "and" | |

_____
BRIAN SOWERS

Subscribed and Sworn To
Before Me This 30 Day
of Sept, 2022.

_____
Notary Public

My Commission Expires Sept 19, 2025

CHRISTOPHER JOHN MERCIER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
September 19, 2025