# EXHIBIT 10

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------x
 4   ANNE DE LACOUR, ANDREA WRIGHT, and
     LOREE MORAN, individually and on
 5   behalf of all others similarly
     situated,
 6
                           Plaintiffs,
 7
         -against-        Civil Action
 8                        No. 1:16-cv-08364
     COLGATE-PALMOLIVE CO.,
 9   and TOM'S OF MAINE INC.,
10                         Defendants.
11   ------------------------------------x
12                         July 17, 2018
                           9:42 a.m.
13
14       Videotaped Deposition of LOREE
15   MORAN, taken by Defendants, pursuant to
16   Notice, at the offices of Latham &
17   Watkins LLP, 885 Third Avenue, New York,
18   New York, before ERIC J. FINZ, a
19   Shorthand Reporter and Notary Public
20   within and for the State of New York.
21
22
23
24
```

Page 137

1    other than the Crystal product available
2    from Amazon?
3         A.   I don't think so.  I'm not 100
4    percent certain.
5         Q.   Let me ask you to take a look
6    on page 9 of Exhibit 4, paragraph 24.
7    And there you say, "The term 'natural'
8    means existing in nature and not made or
9    caused by people, coming from nature."
10             Do you see that?
11        A.   Yes, I do.
12        Q.   Is that your definition of
13   "natural"?
14        A.   That is very -- that aligns
15   and agrees with my definition of
16   "natural."
17        Q.   So not made by people, is what
18   you say natural is?
19        A.   No, I didn't say that.
20        Q.   Well, that's what your
21   complaint says.  That's why I'm a little
22   bit confused.  Your complaint says, "The
23   term 'natural' means existing in nature
24   and not made or caused by people."

Page 138

1    A.    The product itself would need
2    to be assembled by people, put in a
3    factory, and that involves people.  So
4    it's a fine line, the question you're
5    asking, the role of people in the
6    creation of a product.  Short of going
7    outside and grabbing a leaf off a tree
8    and rubbing it under your arms, people
9    have to be involved somewhere.  So the
10   degree that people are involved is the
11   question.
12              So I'm not sure what you're
13   asking.  I mean, if you're asking me are
14   people involved at all.
15   Q.    I'm just reading what's in
16   your complaint, Ms. Moran.  I'm trying to
17   understand what it is you're alleging
18   here.  And what you say is "natural means
19   existing in nature and not made or caused
20   by people."  That sounds now like you're
21   hedging a little bit on that.  Is that
22   the case?
23   A.    I'm not hedging.
24   Q.    Okay.  So not made by people

1    and existing in nature is what "natural"
2    means to you.  Is that right?
3         A.    Existing in nature, not made
4    or caused by people.  As in the
5    development of a chemical, would be my
6    understanding of that.
7         Q.    So not made by people means --
8         A.    This actually isn't my
9    definition, it's the Miriam Webster
10   Dictionary definition.
11        Q.    I understand that.  I see the
12   citation to it.  I thought that its
13   presence in this complaint to which
14   you're a party meant that you signed on
15   to that.
16              But maybe I'll just ask it
17   this way:  Do you agree that that is a
18   definition of "natural" that is useful in
19   this case, not made by people?
20        A.    Am I understanding that you're
21   taking one part of the definition and
22   using it as the whole?
23        Q.    Well, let's use the whole
24   thing.  "Existing in nature and," right,

Page 140

```
 1    you know as an educator, that means it
 2    has to be both of those things, that is,
 3    existing in nature, one of the things it
 4    has to be, and not made or caused by
 5    people.  Right?  And then there is a
 6    semicolon, "coming from nature," that's
 7    another way of saying the same thing,
 8    isn't it?  Am I reading English
 9    correctly?
10         A.    Well, the following word is
11    "or."  So you have "and" and "or" within
12    the same sentence.  They are not mutually
13    exclusive.
14         Q.    Okay.  So are we looking
15    really at just what follows "or," the
16    "not having any extra substances or
17    chemicals added, not containing anything
18    artificial," is that what you're more
19    focused on?
20         A.    No.
21         Q.    You're focused on both of
22    them?
23         A.    I'm inclusive of all of it.
24         Q.    "Or" is disjunctive, right, it
```

1   means one or the other?
2        A.   Correct.
3        Q.   Okay.  So you could pick from
4   those two, or you could say I agree with
5   both of them as they're written.  Which
6   one is it?
7        A.   I agree in essence with all of
8   it as written.
9        Q.   Okay.  So you stand by the
10  existing in nature and not made or caused
11  by people, semicolon, coming from nature.
12  Is that right?
13       A.   Yes.
14       Q.   Okay.  And you think that
15  that's the way other people think of
16  natural in the context of underarm
17  protection products.  Is that right?
18       A.   I can't speak for what other
19  people are saying.
20       Q.   Let me ask you, for purposes
21  of this case you believe that this
22  definition that you like of "natural,"
23  "existing in nature, not made or caused
24  by people; coming from nature," is

Page 142

1    representative of the way other people
2    think of this.  Is that right?
3         A.    Yes.
4         Q.    Let me ask you to look at page
5    -- paragraph 25, which is on the next
6    page of Exhibit 4.  And there it says,
7    "The United States Food and Drug
8    Administration, FDA, has also issued
9    guidance on the term 'natural' in the
10   context of food," and then it goes on.
11             Do you see that?
12        A.    Yes, I do.
13        Q.    What does the food definition
14   of "natural" have to do with the products
15   in this case, if anything, in your view?
16        A.    I'm not sure, except that the
17   FDA, it's the Food and Drug
18   Administration.
19        Q.    Right.
20        A.    So wouldn't they encompass
21   other than food?
22        Q.    Is deodorant, do you know if
23   deodorant is regulated by the FDA?
24              MR. KOPEL:  Objection; calls

Page 155

C E R T I F I C A T E

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

I, ERIC J. FINZ, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That LOREE MORAN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of July, 2018.

*Eric Finz*

ERIC J. FINZ