# EXHIBIT 12

## Appendix B: Materials Reviewed and Considered

First Amended Class Action Complaint (Filed 12/09/2016).

Answer to Amended Complaint (Filed 01/27/2017).

Order on Motion to Certify Class (Filed 04/23/2021).

Diamond, Shari S. (2011). Reference Guide on Survey Research. In Federal Judicial Center and The National Academies Press, *Reference Manual on Scientific Evidence*.

Jacoby, J. (2013). Trademark Surveys Volume 1, Designing, Implementing, and Evaluating Surveys. US: American Bar Association.

McCarthy, Thomas J., *McCarthy on Trademarks and Unfair Competition* (5th edition).

Plaintiff Andrea Wright's Response To Defendants' First Set Of Interrogatories.

Plaintiff Andrea Wright's Response To Defendants' Second Set Of Interrogatories.

Plaintiff Anne De Lacour's Response To Defendants' First Set Of Interrogatories.

Plaintiff Anne De Lacour's Response To Defendants' Second Set Of Interrogatories.

Plaintiff Loree Moran's Response To Defendants' First Set Of Interrogatories.

Plaintiff Loree Moran's Response To Defendants' Second Set Of Interrogatories.

Poret, H. (2010). A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys, *The Trademark Reporter, 100*(3).

https://www.tomsofmaine.com/