# EXHIBIT 25

Page 1

1               UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF NEW YORK

3

4    ANNE DE LACOUR, ANDREA )
     WRIGHT, and LOREE MORAN) Civil Action No. 1:16-cv-08364

5    individually and on    )
     behalf of all others   )

6    similarly situated,    )
                            )

7              Plaintiffs,)
                            )

8        vs.                )
                            )

9    COLGATE-PALMOLIVE CO., )
     and TOM'S OF MAINE,     )

10   INC.,                  )
                            )

11             Defendants.)
     _____)

12

13

14              DEPOSITION OF ANDREA WRIGHT

15                Costa Mesa, California

16                Thursday, July 19, 2018

17

18              REPORTED BY:  Michelle Milan Fulmer

                CSR No. 6942, RPR, CRR, CRC, CLR

19

20

21

22

23

24

25

Page 16

1   this case?

2       A    Yes.

3       Q    Why did you become a plaintiff in this

4   case?

5       A    Because I was privy to the fact that I had

6   a product that I bought that said "natural" that I

7   found out that wasn't.

8       Q    Okay.  How did you become aware of what you

9   say is the fact that product you purchased says

10  "natural," but isn't?

11      A    Through paperwork provided by my attorneys.

12      Q    So before --

13           So is it accurate that your attorneys in

14  this case, Bursor & Fisher, reached out to you and

15  that is how you became aware that you might have

16  some concerns?

17           MR. FISHER:  Object to form.

18           You can answer.

19  BY MR. CALLAHAN:

20      Q    You can answer.

21      A    Oh, yes.

22      Q    Okay.  And in what form did your attorneys

23  reach out to you?

24      A    I don't remember.  I don't remember if it

25  was a phone call or an email.  I truly do not

Page 17

```
 1   remember.
 2       Q    How did your -- and but this --
 3            Your attorneys reached out to you before,
 4   I take it, before they -- before you became a
 5   plaintiff in this case?
 6            MR. FISHER:  Object to form.
 7            THE WITNESS:  Yes.
 8   BY MR. CALLAHAN:
 9       Q    And before you agreed to have them
10   represent you; is that right?
11       A    Yes.
12       Q    Okay.  Who reached out to you?
13       A    Someone from their office.
14       Q    Someone from Bursor & Fisher.
15            Do you remember who?
16       A    No.  Not the original.
17       Q    What did they first say to you?
18       A    I don't remember.
19       Q    What do you remember about what they first
20   said to you?
21       A    Talking either via email or a phone call
22   and asking me about Tom's.
23       Q    How -- how did the Bursor & Fisher lawyers
24   get your name?
25       A    I don't know.
```

1      Q    Did you know anybody at Bursor & Fisher

2   before they first reached out to --

3      A    No.

4      Q    -- you?

5           MR. FISHER:  Let him finish his question.

6           THE WITNESS:  Oh, sorry.  Thank you.

7   BY MR. CALLAHAN:

8      Q    And what is it that the Bursor & Fisher

9   lawyers first said to you, as best you can

10  remember?

11          MR. FISHER:  Object to form.

12          THE WITNESS:  I answer?

13  BY MR. CALLAHAN:

14     Q    You can answer.

15          MR. FISHER:  You can answer.

16          THE WITNESS:  Okay.  Asked me if I used

17  Tom's products.

18  BY MR. CALLAHAN:

19     Q    Okay.  And what did you say to them?

20     A    Yes.

21     Q    Did they say anything else, besides just

22  inquiring whether you use Tom's products?

23     A    I really don't remember.  I mean, it was

24  three years ago.

25     Q    Okay.  So sometime in 2015?

1    A    That's about right.

2    Q    When in 2015?

3    A    I don't know.

4    Q    Early?  Mid?  Late?

5    A    I don't know.

6    Q    So are you sure it was 2015, though, when

7    they first reached out?

8    A    I'm absolutely positive, but it's been a

9    while.

10    Q    Okay.  What's your best recollection of the

11    range of dates in which the attorneys for

12    Bursor & Fisher first reached out to you to see

13    whether you used Tom's of Maine's products?

14    A    I would say, at least, three years ago.

15    Q    So it was, at least, as early as July of

16    2015?

17    A    I don't know.

18    Q    That's three years ago.

19    A    Yes, but I don't know an exact date for

20    you.

21    Q    I understand.

22    A    Yeah.

23    Q    Are you comfortable testifying that it was,

24    at least, three years ago, but perhaps further --

25    A    It's possible.

1      Q    -- than that?

2      A    It's possible.

3      Q    Okay.  But you're comfortable testifying

4   that it was, at least, three years ago they reached

5   you?

6      A    I -- probably.  Yes.

7      Q    And in this first communication that you

8   got from Bursor & Fisher, what did they communicate

9   to you?

10          MR. FISHER:  Object to form.

11          THE WITNESS:  Just asked me questions about

12   my use of Tom's of Maine and where I bought it.

13   BY MR. CALLAHAN:

14      Q    What questions did they ask?

15      A    If I used Tom's of Maine.

16      Q    Okay.  Do you recall if this was a phone

17   call?

18      A    I recall the -- I can't remember if it was

19   an email or a phone call.  Probably a phone call,

20   I'm guessing.

21      Q    Somebody -- you pick up the phone, say,

22   "Hello," and they say what?  "Do you use

23   Tom's of Maine products" or --

24      A    Probably introduced who they were.  I

25   didn't write it down.

Page 23

1   again?

2   BY MR. CALLAHAN:

3        Q    Sure.

4             During this first conversation you had with

5   them, at least, three years ago, what information

6   did you provide the Bursor & Fisher lawyers about

7   your use of Tom's of Maine's products?

8        A    That it was --

9             MR. FISHER:  Same objection.

10            THE WITNESS:  That it was my deodorant of

11  choice --

12  BY MR. CALLAHAN:

13       Q    Okay.

14       A    -- because it said "natural" on it.

15       Q    Did you tell them that?

16       A    I'm sure I did.

17       Q    Did you tell them that unsolicited or did

18  they ask you why you bought the product?

19       A    Yeah.  I don't remember.  Sorry.

20       Q    So you don't remember if that came up just

21  because you volunteered it or --

22       A    No.

23       Q    -- if they asked you?

24       A    No, I don't.  But I'm a breast cancer

25  survivor.  So when I look for product, I look for

Page 24

1    product that says "natural" on it, no synthetics,

2    organic.

3         Q    What did you tell the Tom's lawyers during

4    this or the Bursor & Fisher lawyers during this

5    conversation that took place, at least, three years

6    ago with respect to how long you had been using

7    Tom's of Maine?

8              MR. FISHER:  Object to form.

9              THE WITNESS:  Can I ask for clarification?

10             Are you asking me how long I used, have

11   used Tom's of Maine?

12   BY MR. CALLAHAN:

13        Q    So I'm actually focused on this

14   conversation that took place, at least, three years

15   ago.

16        A    Okay.

17        Q    What did you tell them at that time with

18   respect to how long you'd been using the product?

19        A    I probably told them that I've been using

20   it for years.

21        Q    Okay.  And then stepping aside, stepping

22   outside of the conversation, the initial

23   conversation you had with the Bursor & Fisher

24   lawyers.

25             For what period of time have you been using

Page 25

1   Tom's of Maine deodorants?

2       A    I can't give you the exact number of years,

3   but for years.

4       Q    At least five years?

5       A    Oh, yeah.

6       Q    At least ten years?

7       A    Let's see.  I've been -- can I think for a

8   second?

9       Q    Sure.  Absolutely.

10           You should -- and this is not a timed

11  exercise, by the way.

12      A    Okay.  Well, yeah.  I mean, you know, I

13  want to give you as close a recollection as I can

14  give you, but I've lived in La Quinta for four

15  years and, prior to that, I was living in

16  San Francisco.  So I was buying it when I was living

17  in San Francisco.  So it's been years.

18      Q    So, at least, four years?

19      A    At least.

20      Q    And for what period of time do you believe,

21  to your best recollection, you purchased the product

22  when you lived in San Francisco?

23      A    It's -- I cannot tell you the exact amount

24  of years; but if you said ten plus, it could very

25  well be.

Page 26

1      Q    Okay.  And at what location or locations do

2   you recall purchasing Tom's products in the

3   San Francisco area when you lived there?

4      A    Usually Trader Joe, Target.

5      Q    Any others?

6      A    Possibly a drug store or some -- maybe

7   Walgreen's or something.

8      Q    Okay.  Let me go back to this initial

9   conversation with -- or this initial communication

10  since it's not clear whether it was email or

11  telephonic, the initial communication with the

12  Bursor & Fisher attorneys.

13         Did they provide you any other information

14  during that initial communication?

15     A    Not that I remember.

16     Q    Did you have any subsequent communications

17  with Bursor & Fisher after this first call?

18         Well, I'm sorry.  Let me withdraw that

19  question and ask a different one.

20         During that first set of communications

21  with Bursor & Fisher, did you agree to have them

22  represent you as your attorneys?

23     A    I think we weren't -- and I'm not positive

24  about this.  I think we weren't at that stage of

25  discussion yet.

```
 1      A    I told them I thought it was.
 2      Q    Okay.  Did they ask you any follow-up
 3  questions around that, why you thought they were
 4  natural, et cetera?
 5      A    They probably did.
 6           MR. FISHER:  Object to form.
 7           THE WITNESS:  They probably did and I'm
 8  sure I said it was because it said -- oops, sorry --
 9  it said "natural" on the -- on the label.
10  BY MR. CALLAHAN:
11      Q    Okay.  Did it --
12           Did the initial conversation with the
13  attorneys from Bursor & Fisher cause you to rethink
14  in any way whether the Tom's products were natural?
15      A    Absolutely.
16      Q    What, if anything, did it cause you to do?
17      A    Made me change products.
18      Q    Okay.  So what is it that caused you,
19  following that first communication with
20  Bursor & Fisher, to rethink whether the Tom's
21  products were natural?
22      A    Because it's being questioned.
23      Q    By whom?
24      A    By my attorneys.
25      Q    Well, what did they tell you about what
```

```
                                          Page 31
 1   their views were about the natural -- about whether
 2   the Tom's products were natural?
 3        A    At that point, they didn't.
 4        Q    Okay.  So --
 5        A    It was -- just made me put into doubt as to
 6   whether it was as natural as they said it was.
 7        Q    Okay.
 8        A    So I switched products.
 9        Q    Okay.  Did you take a look at what was in
10   the Tom's products at that time following your first
11   conversation with Bursor & Fisher?
12        A    No.
13        Q    Have you ever taken a look at what is in
14   the Tom's deodorant products?
15        A    Not until recently.
16        Q    When?
17        A    Couple days ago.
18        Q    So it was just a couple days ago, after
19   you -- years after this suit was initiated, that you
20   looked to see what ingredients were in the
21   Tom's of Maine deodorant products?
22        A    Well, I'm not a chemist.  So I wouldn't
23   know what is good or bad for me.  I just relied on
24   the label that said it was natural.
25        Q    Yeah.
```

Page 32

```
 1         And what did you rely on for your decision
 2    to stop using the product?
 3              MR. FISHER:  Object to form.
 4    BY MR. CALLAHAN:
 5         Q    Just your attorneys?
 6         A    That someone may -- questioned it.
 7         Q    Okay.  So your attorneys were question --
 8    your attorneys somehow in that first conversation
 9    called into question whether it was a natural
10    product?
11         A    Made me question it.  Absolutely.
12         Q    Okay.  What did they say or do to cause you
13    to question whether the Tom's of Maine deodorants
14    were natural?
15              MR. FISHER:  Object to form.  Asked and
16    answered.
17              THE WITNESS:  What did they do?  Well, they
18    made me stop and think about, well, am I using
19    something that is not natural.  So I stopped.
20    BY MR. CALLAHAN:
21         Q    But --
22         A    There are other products on the market.
23    So --
24         Q    Okay.  What product or products did you
25    switch to after, after you stopped using
```

Page 33

1   Tom's of Maine?

2        A     I used the Trader Joe's brand.

3        Q     Why?

4        A     Because it wasn't Tom's.

5        Q     Do you --

6              This is just a store, a Trader Joe's store

7   brand?

8        A     Yeah.

9        Q     Is it -- do you know, is it called Native?

10  Do you know what the brand name is of it?

11       A     No.

12       Q     And have you used any deodorants other than

13  this Trader Joe's -- is it like a house brand?  Is

14  that how you'd describe it?

15       A     I would think so.  It has "Trader Joe's" on

16  the label.

17       Q     Why did you switch to that product?

18             MR. FISHER:  Object to form.

19             THE WITNESS:  Why did I switch to that

20  product?

21             Because it was there and -- you know, just

22  because it was there.

23  BY MR. CALLAHAN:

24       Q     And do you believe that's a natural product

25  without any harmful ingredients in it?

Page 34

```
 1        A     Actually, I kinda trust Trader Joe's
 2   because they do a lot of organic type products.
 3   So --
 4        Q     Have you looked at any point in time --
 5              So this was sometime in July 2015 or later
 6   that you switched to the Trader Joe's deodorant
 7   brand?
 8        A     Yeah.  About that.
 9        Q     Have you ever looked at the ingredients in
10   that product?
11        A     No.
12        Q     Why not?
13        A     Same reason I didn't look at the
14   ingredients in Tom's.
15        Q     Well, you said the reason you didn't look
16   at the ingredients in Tom's is because it said
17   "natural."
18        A     That's right.
19        Q     Does the Trader Joe's deodorant say that
20   it's natural?
21        A     Quite honestly, I don't know.  It's not
22   something I looked at.
23        Q     Well, then on what basis do you believe
24   that the Trader Joe's deodorant product is natural?
25              MR. FISHER:  Object to form.
```

Page 35

```
 1           THE WITNESS:  I don't know.  You know, I
 2    just -- it was there and I just picked it up.
 3    BY MR. CALLAHAN:
 4        Q    Is it important to you whether it's
 5    natural?
 6        A    Yeah.  If it says "natural," I expect it to
 7    be.
 8        Q    Okay.  But you said the Trader Joe's
 9    product doesn't say it's natural.
10        A    I don't know.  I don't have a copy.  I
11    don't have it, one with me.
12        Q    Do you believe that it's natural?
13        A    Like I said, I think that Trader Joe's uses
14    a lot of natural products at their store, a lot of
15    organic.  So I -- I do.  I kinda trust them.
16        Q    Okay.
17        A    I trusted Tom's.
18        Q    Okay.  Do you believe that everything in
19    Trader Joe's is natural?
20           MR. FISHER:  Object to form.
21    BY MR. CALLAHAN:
22        Q    That you can buy anything in Trader Joe's
23    and it will be natural?
24           MR. FISHER:  Object to form.
25           THE WITNESS:  Probably not.
```

Page 36

1    BY MR. CALLAHAN:

2        Q    Okay.  How do you figure out what things in

3    Trader Joe's are or are not natural?

4        A    Very often, like food products, it will say

5    "organic" or "organic carrots" or "organic cilantro"

6    or whatever it is.

7        Q    Okay.  What about non-food products?  How

8    do you figure out for what I'd call health and

9    beauty products, how do you figure out whether

10   those products that you see at Trader Joe's are

11   natural?

12       A    I don't buy a lot of that stuff there.  I

13   just happened to buy this there.

14       Q    When you say "this," you're pointing to --

15       A    To Tom's --

16       Q    -- Exhibits 10 and 11?

17       A    Yeah.  Tom's or the other deodorant from

18   Trader Joe's.

19       Q    Okay.  And have you --

20            Okay.  So, I take it, you didn't, until

21   just a couple days ago, know what ingredients were

22   in the Tom's of Maine deodorant products that you

23   purchased for five or ten years?

24       A    That's correct.

25       Q    You know now; is that correct?

1  read -- for health, beauty or personal care

2  products, do you ever read the list of ingredients

3  on those products?

4      A    Not --

5           MR. FISHER:  Object to form.

6           THE WITNESS:  Not normally.

7  BY MR. CALLAHAN:

8      Q    Do you ever?

9      A    Not normally.

10     Q    I understand that you don't normally read

11 it.

12          Do you ever read the list of ingredients

13 for health, beauty or personal care products --

14          MR. FISHER:  Object to form.

15 BY MR. CALLAHAN:

16     Q    -- that you purchase?

17     A    I'd say no.

18     Q    Okay.  Okay.

19          Let me ask you to -- well, let me ask this

20 question.

21          Can you pick up Exhibits 10 and 11 again,

22 the two deodorant products that you brought from

23 your home?

24          I note that while the top caps of both of

25 those products are the same --

Page 40

```
 1      A     Uh-huh.

 2      Q     -- there -- well, one faces one way, one

 3   faces the other way.

 4      A     Uh-huh.

 5      Q     Again, you have to say yes or no.

 6      A     Yes.

 7      Q     Okay.  Is that --

 8            Do you think that's the way you purchased

 9   them or is that just you replaced one cap in a

10   backwards direction?

11      A     I probably placed them in an opposite

12   direction.

13      Q     Okay.  So you believe that when you

14   purchased it, there was a uniform appearance of that

15   front cap?

16      A     Probably, yes.

17      Q     Okay.  So let me ask you, what's the one in

18   your right hand right now?

19      A     No aluminum.

20      Q     Okay.  And what exhibit number is that, if

21   you could take a look?

22      A     10.

23      Q     All right.  With respect to Exhibit 10,

24   is -- what are the things that you considered when

25   you purchased Exhibit 10?  What are the reasons that
```

Page 41

1   you purchased it?

2       A    Natural, unscented, no aluminum.

3       Q    Anything else?

4       A    No.

5       Q    Okay.  What was it about the fact that it's

6   unscented that caused you to purchase it?

7       A    I didn't want a scent.

8       Q    Okay.  Seems obvious, but I have to ask.

9            And what was it about the fact that it said

10  "no aluminum" that caused you to want to purchase

11  Exhibit 10?

12      A    I had probably heard somewhere along the

13  line a long time ago that aluminum wasn't really

14  great.

15      Q    So you were specifically looking for an

16  underarm protection product that didn't contain

17  aluminum?

18      A    Not specifically.  It was just there.  So

19  I -- and it wasn't -- you know, I'm not reading all

20  this little fine print here.  So --

21      Q    Right.

22           So the fact that it had "no aluminum" was

23  one of the things that encouraged you to purchase

24  the Tom's product; is that right?

25      A    No.  What encouraged me more was it said

Page 42

1   "natural."

2        Q    Right.

3             I didn't ask more, less or the same.  I'm

4   just asking for the list of things that did

5   encourage you, and is it the case that the fact

6   that Exhibit 10 said "no aluminum" on it was one of

7   the factors that encouraged you to purchase the

8   product?

9        A    Yes.  It was helpful.

10       Q    Now, can you tell me --

11            One of the things, in fact, what you say is

12   the most important thing that caused you to purchase

13   Exhibit 10 was that it says "natural"?

14       A    Yes.

15       Q    Can you show me where on the label it says

16   "natural"?

17       A    Right there.

18       Q    Okay.  So it's that word just above the

19   "24-hour odor protection" that caused you to --

20   principally caused you to purchase Exhibit 10; is

21   that right?

22       A    Yes.

23       Q    What did you understand natural to mean?

24       A    To me it meant organic, natural, no

25   synthetic type stuff, I mean.

Page 43

1       Q     Anything else?

2       A     No.   That's about it.

3       Q     So natural to you means organic and no

4    synthetic type stuff?

5       A     Uh-huh.

6       Q     All right.   And when you say "synthetic

7    type stuff," what is that?   What do you consider to

8    be synthetic?

9       A     For me it means that it's -- when something

10   says "natural," it means just a natural product,

11   that it doesn't contain lots of chemicals and --

12   yeah.

13      Q     Okay.   I guess I'm -- my question -- and I

14   appreciate your answer.

15            My question is really, what do you

16   understand to be something that's synthetic?

17      A     Well --

18            MR. FISHER:   Object to form.

19            THE WITNESS:   -- like I say, I'm not a

20   chemist.   So I don't know what goes into things that

21   makes them synthetic.   I suppose, they make

22   petroleum type stuff.   I don't know.

23   BY MR. CALLAHAN:

24      Q     Okay.   Anything else, other than no

25   petroleum?

Page 44

1      A    No, not that I know of.

2      Q    Okay.  All right.  And is it accurate that

3   in the five to ten or perhaps more years that you

4   used Tom's of Maine products, you never looked at

5   the back label of the product?

6      A    Huh-uh.

7      Q    You have to answer yes or no.

8      A    Oh, sorry.  No.

9      Q    No, you've never looked at the back --

10     A    I never --

11     Q    -- label of the product?

12     A    Yeah.

13          MR. FISHER:  Let him finish his question.

14          THE WITNESS:  Yeah.

15          MR. FISHER:  And don't talk over one

16   another.

17          THE WITNESS:  Sorry.  Thank you.

18   BY MR. CALLAHAN:

19     Q    Did you ever --

20          Have you ever visited the Tom's of Maine

21   website?

22     A    No.

23     Q    Okay.  Have you ever purchased any other

24   Tom's of Maine products?

25     A    No.

Page 79

1                 CERTIFICATION OF COURT REPORTER

2                         FEDERAL JURAT

3

4           I, the undersigned, a Certified Shorthand

5      Reporter of the State of California do hereby certify:

6                That the foregoing proceedings were taken

7      before me at the time and place herein set forth; that

8      any witnesses in the foregoing proceedings, prior to

9      testifying, were placed under oath; that a verbatim

10     record of the proceedings was made by me using machine

11     shorthand which was thereafter transcribed under my

12     direction; further, that the foregoing is an accurate

13     transcription thereof.

14                That before completion of the deposition, a

15     review of the transcript was not requested.

16           I further certify that I am neither

17     financially interested in the action nor a relative or

18     employee of any attorney of any of the parties.

19           IN WITNESS WHEREOF, I have this date

20     subscribed my name:  Date:  August 2, 2018.

21

22

23                       Michelle Milan Fulmer

                         CSR 6942, RPR, CRR CLR

24

25