UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE DE LACOUR, ANDREA WRIGHT, and LOREE MORAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE CO. and TOM'S OF MAINE, INC.,<br><br>Defendants. | Case No. 16-cv-8364-KMW-OTW |

**DECLARATION OF SARAH N. WESTCOT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TOM'S OF MAINE, INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Sarah N. Westcot, declare as follows:

1. I am an attorney at law licensed to practice in the states of California and Florida. I have been admitted *pro hac vice* in this matter, and I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' opposition to Defendant Tom' of Maine, Inc.'s ("Tom's") motion for summary judgment. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the February 15, 2018 deposition of Tom's 30(b)(6) designee Joanne Murphy.

3. Attached hereto as **Exhibit 2** is a true correct copy of excerpts from the September 15, 2022 deposition of Edward J. Fox.

4. Attached hereto as **Exhibit 3** is a true and correct copy of deposition of Defendants' June 16, 2022 Responses to Plaintiffs' First Set of Requests for Admission.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the September 9, 2022 deposition of Colin B. Weir.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the June 3, 2022 deposition of Christopher Murphy.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the June 7, 2022 deposition of JoAnne Murphy.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Report #3470 from the Better Business Bureau National Advertising Division dated June 1998.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Report #6001 from the Better Business Bureau National Advertising Division dated September 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Report #5565 from the Better Business Bureau National Advertising Division dated March 2013.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the May 25, 2022 deposition of Julie Sprague.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an internal report from Tom's of Maine dated January 2017, bearing bates numbers COLGATETOMS00041108.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an internal report from Tom's of Maine dated May 2015, bearing bates numbers COLGATETOMS00028561.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an internal email bearing bates numbers COLGATETOMS00162460.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an internal email bearing bates numbers COLGATETOMS00161767.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an internal email bearing bates numbers COLGATETOMS00161750.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an internal report titled "Q4 2015 Citizen Feedback," bearing bates numbers COLGATETOMS00167649.

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the June 14, 2022 deposition of Elizabeth Eddy.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the December 13, 2017 30(b)(6) deposition of Julie Sprague.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an internal document titled, "Natural Product A&U," dated June 2014, bearing bates numbers COLGATETOMS00162590.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a quality standards report from Whole Foods dated June 27, 2016 bearing bates numbers COLGATETOMS00037282.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the October 19, 2018 deposition of Joseph A. Krock.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Defendants' Responses to Plaintiffs' Second Set of Interrogatories.

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the September 20, 2022 deposition of Jason O. Clevenger.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an internal report titled "Tom's of Maine Measuring the Brand's Equity," dated February 2014, bearing bates numbers COLGATETOMS00028415.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the July 17, 2018 deposition of Plaintiff Loree Moran.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the July 19, 2018 deposition of Plaintiff Andrea Wright.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the July 18, 2018 deposition of Plaintiff Anne de Lacour.

Executed this 1st day of December, 2022, in Miami, Florida.

*/s/ Sarah N. Westcot*
Sarah N. Westcot