```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 22, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT,
and LOREE MORAN individually and on behalf
of all others similarly situated,

                    Plaintiffs,

    -against-

COLGATE-PALMOLIVE CO., and TOM'S
OF MAINE INC.,

                    Defendants.
------------------------------------------------------------X

**16-CV-8364 (KMW)**
**ORDER**

KIMBA M. WOOD, United States District Judge:

    Plaintiffs are hereby ordered to provide the Court, by July 7, 2023, with any information regarding, and any rationale for, their contention that Mr. Weir's damages calculations involved "specialized knowledge."

    Defendants may respond to Plaintiffs' submission by July 21, 2023.

    SO ORDERED.

Dated: New York, New York
          June 22, 2023

                                                  /s/ *Kimba M. Wood*
                                              Kimba M. Wood
                                          United States District Judge