UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ANNE DE LACOUR, ANDREA WRIGHT,
and LOREE MORAN, individually and on
behalf of all others similarly situated,

                     Plaintiffs,

   v.

COLGATE-PALMOLIVE CO., and TOM'S
OF MAINE INC.,

                     Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 07, 2023

16-CV-8364 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendants' request to seal portions of their memorandum of law (ECF No. 301), to which Plaintiffs do not object, is GRANTED.

    After reviewing the proposed redactions (ECF No. 302), the Court finds that they are narrowly tailored to protect proprietary business information. The information Defendants seek to redact is similar in nature to the information the Court previously determined warranted sealing. (*See* ECF No. 259.)

    Accordingly, the Court concludes that the sensitivity of the information identified above outweighs the presumption of access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

    Consistent with the Court's prior determinations, the Court may reconsider its sealing determinations at any time, on notice to the parties, with respect to any and all sealed or redacted portions of Defendants' materials.

The Clerk is respectfully directed to close the pending motion at ECF No. 301.

SO ORDERED.

Dated: New York, New York
August 07, 2023

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge