# BURSOR & FISHER
P.A.

701 BRICKELL AVENUE
SUITE 1420
MIAMI, FL 33133
www.bursor.com

SARAH N. WESTCOT
Tel: 925.300.4455
Fax: 925.407.2700
swestcot@bursor.com

October 18, 2023

<u>*Via ECF*</u>

The Honorable Kimba M. Wood
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *de Lacour et al. v. Colgate-Palmolive Co. et al.*, Case No. 1:16-cv-8364-KMW

Dear Judge Wood:

    I submit this letter respectfully requesting that attorney Frederick J. Klorczyk III be relieved as counsel for Plaintiffs Anne de Lacour, Andrea Wright, and Loree Moran (collectively, "Plaintiffs") in the above-referenced action. Mr. Klorczyk currently appears in this case along with myself and my colleagues Scott A. Bursor, Neal J. Deckant, Joshua D. Arisohn, Yitzchak Kopel, and Stephen A. Beck.

    Frederick J. Klorczyk III's last day with Bursor & Fisher, P.A. was Thursday, October 12, 2023. Bursor & Fisher, P.A. and the attorneys specified above will remain as counsel of record for the Plaintiffs and Mr. Klorczyk's departure will have no material effect on the schedule in this matter, nor will it cause prejudice to any party.

    In light of the foregoing, I respectfully request that the Court relieve attorney Frederick J. Klorczyk III as counsel for Plaintiffs and that the official court docket be amended to reflect this change.

Respectfully submitted,

*Sarah N. Westcot*

Sarah N. Westcot