**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANNE DE LACOUR, ANDREA WRIGHT, and
LOREE MORAN, individually and on behalf of all
others similarly situated,

                      Plaintiffs,                  16 **CIVIL** 8364 (KMW)

      -against-                        **JUDGMENT**

COLGATE-PALMOLIVE CO., and TOM'S
OF MAINE INC.,

                      Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 03, 2024, Tom's motion for summary judgment is GRANTED, Defendants' motion to exclude the opinions of Sowers is GRANTED, Defendants' motion to decertify the classes is GRANTED, and Defendants' remaining motions are DENIED as moot.

**Dated:**  New York, New York
           January 04, 2024

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                         **BY:**
                                                       **Deputy Clerk**