**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-four.

| | |
|---|---|
| Anne de Lacour, individually and on behalf of all others similarly situated, Andrea Wright, individually and on behalf of all others similarly situated, Loree Moran, | ORDER<br><br>Docket No. 24-331 |
| Plaintiff - Appellants, | |
| v. | |
| Colgate-Palmolive Co., Tom's of Maine Inc., | |
| Defendants - Appellees. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 16 2024

Appellants move for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/16/2024**